

**Thomas H. Przybylowski**
Associate

January 27, 2023

**Via ECF**

Honorable Michael A. Hammer, U.S.M.J.
United States District Court
Martin Luther King, Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

  Re: **STERLING v. IRIS ENERGY LIMITED, et al.**
     **Civil Action No.: 2:22-cv-07273-JMV-MAH**

Dear Judge Hammer:

  We represent Plaintiff Scott Sterling in the above-captioned matter. Enclosed are copies of Certifications and a proposed Order supporting our application for *Pro Hac Vice* admission of Jeremy A. Lieberman and J. Alexander Hood II on behalf of Plaintiff Scott Sterling. Defendants' Counsel consents to this application and the *pro hac vice* admission of Jeremy A. Lieberman and J. Alexander Hood II.

  If the enclosed papers meet with Your Honor's approval, we respectfully request that Your Honor sign and enter the enclosed Order.

              Respectfully submitted,

              */s/ Thomas H. Przybylowski*
              Thomas H. Przybylowski

Enclosure

cc: All Counsel via ECF

tprzybylowski@pomlaw.com
600 Third Avenue, New York, NY 10016 Main: 212.661.1100 Direct: 646.581.9978
NEW YORK CHICAGO LOS ANGELES LONDON PARIS TEL AVIV
www.pomlaw.com