POMERANTZ LLP
Thomas H. Przybylowski
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
tprzybylowski@pomlaw.com

*Counsel for Plaintiff Scott Sterling*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT STERLING, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, BELINDA NUCIFORA, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, AND MICHAEL ALFRED,<br><br>Defendants. | Case No. 2:22-cv-07273-JMV-MAH<br><br>**CERTIFICATION OF THOMAS H. PRZYBYLOWSKI IN SUPPORT OF APPLICATION FOR AN ORDER ADMITTING JEREMY A. LIEBERMAN AND J. ALEXANDER HOOD II *PRO HAC VICE*** |

I, Thomas H. Przybylowski, of full age, certifies as follows:

1.      I am an attorney at law of the State of New Jersey, a member in good standing of the bar of this Court, and an associate of Pomerantz LLP, located at 600 Third Avenue, 20th Floor, New York, NY 10016, attorneys for Plaintiff Scott

1

Sterling ("Plaintiff") in the above-captioned matter. As such, I have personal knowledge of the facts set forth herein.

2. I submit this Certification in support of the application for the *pro hac vice* admission of Jeremy A. Lieberman and J. Alexander Hood II ("*pro hac vice* Counsel") of the Pomerantz LLP firm in this matter pursuant to Local Civil Rule 101.1(c).

3. Jeremy A. Lieberman is a managing partner of Pomerantz LLP, located at 600 Third Avenue, 20th Floor, New York, NY 10016. Jeremy A. Lieberman has advised me that he is a member in good standing of the bars set forth in Schedule A attached. He is not under suspension, nor has he ever been suspended or disbarred from any court. Jeremy A. Lieberman is fully familiar with the facts of this case.

4. J. Alexander Hood II is a partner of Pomerantz LLP, located at 600 Third Avenue, 20th Floor, New York, NY 10016. J. Alexander Hood II has advised me that he is a member in good standing of the bars set forth in Schedule B attached. He is not under suspension, nor has he ever been suspended or disbarred from any court. J. Alexander Hood II is fully familiar with the facts of this case.

5. There is good cause for the *pro hac vice* admission, as *pro hac vice* Counsel is familiar with the facts, issues and pleadings in this action and no delay in the conduct of the proceedings would be occasioned by them acting as attorneys for Plaintiff in this matter.

6. Pomerantz LLP is counsel of record for Plaintiff in this matter and has agreed to serve as New Jersey counsel on behalf of Plaintiff and to comply with the requirements set forth in Local Civil Rules 11.1 and 101.1(c) and Rules 1:20-1(b), 1:21-2(b), 1:21-7, and 1:28-2 of the New Jersey Court Rules.

7. I will be responsible for receiving and signing all pleadings, briefs, and other papers submitted to this Court, and for the conduct of the cause and counsel in this matter. I agree to strictly observe the dates fixed for hearing on motions, pretrial conferences, and trials in this matter and that I or another member of this firm will attend all court appearances.

8. I agree to be responsible for *pro hac vice* Counsel's compliance with the requirements set forth in Local Civil Rule 101.1(c).

9. Pursuant to Local Civil Rules 7.1(d)(1) and 7.1(d)(4), no brief is necessary for this application because all facts in support of this application are set forth in the Certifications of Jeremy A. Lieberman and J. Alexander Hood II (submitted herewith), and there are no legal issues that must be briefed in connection with this application.

10. Defendants' Counsel consents to this application and the *pro hac vice* admission of Jeremy A. Lieberman and J. Alexander Hood II.

11. Accordingly, I respectfully request that the Court enter an Order admitting Jeremy A. Lieberman and J. Alexander Hood II to appear *pro hac vice* before this Court for all further proceedings in this case.

I certify under penalty of perjury that the foregoing statements made by me are true and correct. I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

Dated: January 27, 2023

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Thomas H. Przybylowski*
Thomas H. Przybylowski
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
tprzybylowski@pomlaw.com

*Counsel for Plaintiff Scott Sterling*

**Schedule A – Jeremy A. Lieberman Court Admissions**

| Court Name | Date of Admission | Active member in good standing? |
|---|---|---|
| Supreme Court, State of New York, Second Department | Wednesday, September 17, 2003 | Yes |
| United States District Court, Southern District of New York | Tuesday, January 6, 2006 | Yes |
| United States District Court, Eastern District of New York | Tuesday, January 10, 2006 | Yes |
| United States Court of Appeals for the Second Circuit | Monday, November 09, 2009 (admitted); Wednesday, October 29, 2014 (renewed); Wednesday, September 11, 2019 (renewed) | Yes |
| United States Court of Appeals for the Ninth Circuit | Thursday, March 3, 2011 | Yes |
| United States District Court, Northern District of Illinois | Friday, August 31, 2012 | Yes |
| United States District Court, Southern District of Texas | Tuesday, November 26, 2013 | Yes |
| United States Court of Appeals for the Third Circuit | Friday, January 31, 2014 | Yes |
| United States Court of Appeals for the Tenth Circuit | Wednesday, March 5, 2014 | Yes |
| United States District Court, District of Colorado | Friday, June 13, 2014 | Yes |
| United States District Court, Eastern District of Michigan | Thursday, June 19, 2014 | Yes |
| United States Court of Appeals for the Sixth Circuit | Friday, January 30, 2015 | Yes |
| United States Court of Appeals for the Fourth Circuit | Thursday, June 11, 2015 | Yes |
| Supreme Court of the United States | Monday, November 27, 2017 | Yes |
| United States District Court, Northern District of New York | Tuesday, March 26, 2019 | Yes |
| United States Court of Appeals for the First Circuit | Thursday, June 13, 2019 | Yes |

1

| | | |
|---|---|---|
| United States District Court, Western District of New York | Thursday, September 26, 2019 | Yes |
| United States Court of Appeals for the Fifth Circuit | Tuesday, October 6, 2020 | Yes |



*Appellate Division of the Supreme Court of the State of New York Second Judicial Department*

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

### Jeremy Alan Lieberman

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **September 17, 2003**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on November 10, 2022.

*Maria T. Fasulo*

Clerk of the Court

CertID-00091802



Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

MARIA T. FASULO
CLERK OF THE COURT

DARRELL M. JOSEPH
DEPUTY CLERKS

KENNETH BAND
MELISSA KRAKOWSKI
WENDY STYNES
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

*Maria T. Fasulo*

Maria T. Fasulo
Clerk of the Court

Revised January 2022

# Schedule B – J. Alexander Hood II Court Admissions

| Court | Date of Admission | Active member in good standing? |
|---|---|---|
| Supreme Court, State of New York, Third Department | March 29, 2012 | Yes |
| United States District Court, Southern District of New York | August 13, 2015 | Yes |
| United States District Court, Eastern District of New York | September 28, 2016 | Yes |
| United States District Court, District of Colorado | December 19, 2016 | Yes |
| United States District Court, Eastern District of Michigan | July 26, 2017 | Yes |
| U.S. District Court, Northern District of Illinois | May 2, 2018 | Yes |
| United States District Court, Southern District of Texas | March 15, 2019 | Yes |
| United States District Court, Northern District of New York | March 26, 2019 | Yes |
| United States District Court, Western District of New York | October 7, 2019 | Yes |



## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

### Joseph Alexander Hood

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 29, 2012**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on November 17, 2022.

*Robert D. Mayberger*
Clerk of the Court

CertID-00092805



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

*Anthony A. Moore*
*Director of Attorney*
*Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

*Robert D. Mayberger*
Clerk of the Court

Revised January 2022