POMERANTZ LLP
Thomas H. Przybylowski
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
tprzybylowski@pomlaw.com

*Counsel for Plaintiff Scott Sterling*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT STERLING, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, BELINDA NUCIFORA, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, AND MICHAEL ALFRED,<br><br>Defendants. | Case No. 2:22-cv-07273-JMV-MAH<br><br>**CERTIFICATION OF JEREMY A. LIEBERMAN IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

JEREMY A. LIEBERMAN, of full age, certifies as follows:

1.  I am an attorney licensed to practice in New York and am the managing partner of Pomerantz LLP, attorneys for Plaintiff Scott Sterling in the above-captioned matter. I am fully familiar with the facts contained herein based upon my

1

personal knowledge. I make this Certification in support of my application for admission as counsel *pro hac vice* in this matter.

2. I am a member in good standing of the courts set forth in Schedule A attached.

3. There are no disciplinary proceedings against me as a member of the bar in any jurisdiction, nor have I ever been the subject of any disciplinary proceedings.

4. Pomerantz LLP, is serving as local counsel on behalf of our client in accordance with L.Civ.R. 101.1(c).

5. I understand that if I am admitted to appear and participate *pro hac vice*:

   (a) I shall abide by the rules governing the courts of the State of New Jersey, including all disciplinary rules, and L.Civ.R. 101.1;

   (b) I shall consent to the disciplinary jurisdiction of this Court and to the appointment of the Clerk of the Supreme Court of the State of New Jersey as an agent upon whom service may be made for all actions against me and/or my firm that may arise out of my participation in connection with this matter;

   (c) I shall notify this court immediately of any matter affecting my standing at the bar of any other court;

    (d)    I shall have all pleadings, briefs, and other papers filed with the court signed by an attorney of record authorized to practice in this state;

    (e)    I will pay the $150 fee provided by L.Civ.R. 101.1 and the annual payment to the Ethics Financial Committee and the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28-2(a) for each calendar year in which this case is pending.

6.    I hereby submit to the jurisdiction of the United States District Court for the District of New Jersey for the purpose of discipline.

7.    Defendants' Counsel consents to this application and my admission *pro hac vice*.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 27, 2023

Respectfully submitted,

**POMERANTZ LLP**

_____
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com

*Counsel for Plaintiff Scott Sterling*

3

# **Schedule A – Jeremy A. Lieberman Court Admissions**

| Court Name | Date of Admission | Active member in good standing? |
|---|---|---|
| Supreme Court, State of New York, Second Department | Wednesday, September 17, 2003 | Yes |
| United States District Court, Southern District of New York | Tuesday, January 6, 2006 | Yes |
| United States District Court, Eastern District of New York | Tuesday, January 10, 2006 | Yes |
| United States Court of Appeals for the Second Circuit | Monday, November 09, 2009 (admitted); Wednesday, October 29, 2014 (renewed); Wednesday, September 11, 2019 (renewed) | Yes |
| United States Court of Appeals for the Ninth Circuit | Thursday, March 3, 2011 | Yes |
| United States District Court, Northern District of Illinois | Friday, August 31, 2012 | Yes |
| United States District Court, Southern District of Texas | Tuesday, November 26, 2013 | Yes |
| United States Court of Appeals for the Third Circuit | Friday, January 31, 2014 | Yes |
| United States Court of Appeals for the Tenth Circuit | Wednesday, March 5, 2014 | Yes |
| United States District Court, District of Colorado | Friday, June 13, 2014 | Yes |
| United States District Court, Eastern District of Michigan | Thursday, June 19, 2014 | Yes |
| United States Court of Appeals for the Sixth Circuit | Friday, January 30, 2015 | Yes |
| United States Court of Appeals for the Fourth Circuit | Thursday, June 11, 2015 | Yes |
| Supreme Court of the United States | Monday, November 27, 2017 | Yes |
| United States District Court, Northern District of New York | Tuesday, March 26, 2019 | Yes |
| United States Court of Appeals for the First Circuit | Thursday, June 13, 2019 | Yes |

1

2

| | | |
|---|---|---|
| United States District Court, Western District of New York | Thursday, September 26, 2019 | Yes |
| United States Court of Appeals for the Fifth Circuit | Tuesday, October 6, 2020 | Yes |



## Appellate Division of the Supreme Court of the State of New York
### Second Judicial Department

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

### Jeremy Alan Lieberman

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **September 17, 2003**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on November 10, 2022.

*Maria T. Fasulo*

Clerk of the Court

CertID-00091802



**Appellate Division**
**Supreme Court of the State of New York**
**Second Judicial Department**
**45 Monroe Place**
**Brooklyn, N.Y. 11201**
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

MARIA T. FASULO
CLERK OF THE COURT

DARRELL M. JOSEPH
DEPUTY CLERKS

KENNETH BAND
MELISSA KRAKOWSKI
WENDY STYNES
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

*Maria T. Fasulo*

Maria T. Fasulo
Clerk of the Court

Revised January 2022