POMERANTZ LLP
Thomas H. Przybylowski
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
tprzybylowski@pomlaw.com

*Counsel for Plaintiff Scott Sterling*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT STERLING, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, BELINDA NUCIFORA, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, AND MICHAEL ALFRED,<br><br>Defendants. | Case No. 2:22-cv-07273-JMV-MAH<br><br>**CERTIFICATION OF J. ALEXANDER HOOD II IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

J. ALEXANDER HOOD II, of full age, certifies as follows:

1. I am an attorney licensed to practice in New York and am a partner at Pomerantz LLP, attorneys for Plaintiff Scott Sterling in the above-captioned matter. I am fully familiar with the facts contained herein based upon my personal

knowledge. I make this Certification in support of my application for admission as counsel *pro hac vice* in this matter.

2. I am a member in good standing of the courts set forth in Schedule A attached.

3. There are no disciplinary proceedings against me as a member of the bar in any jurisdiction, nor have I ever been the subject of any disciplinary proceedings.

4. Pomerantz LLP, is serving as local counsel on behalf of our client in accordance with L.Civ.R. 101.1(c).

5. I understand that if I am admitted to appear and participate *pro hac vice*:

    (a) I shall abide by the rules governing the courts of the State of New Jersey, including all disciplinary rules, and L.Civ.R. 101.1;

    (b) I shall consent to the disciplinary jurisdiction of this Court and to the appointment of the Clerk of the Supreme Court of the State of New Jersey as an agent upon whom service may be made for all actions against me and/or my firm that may arise out of my participation in connection with this matter;

    (c) I shall notify this court immediately of any matter affecting my standing at the bar of any other court;

  (d)  I shall have all pleadings, briefs, and other papers filed with the court signed by an attorney of record authorized to practice in this state;

  (e)  I will pay the $150 fee provided by L.Civ.R. 101.1 and the annual payment to the Ethics Financial Committee and the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28-2(a) for each calendar year in which this case is pending.

6. I hereby submit to the jurisdiction of the United States District Court for the District of New Jersey for the purpose of discipline.

7. Defendants' Counsel consents to this application and my admission *pro hac vice*.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 27, 2023      Respectfully submitted,

                POMERANTZ LLP

                _____
                J. Alexander Hood II
                600 Third Avenue, 20th Floor
                New York, New York 10016
                Telephone: (212) 661-1100
                Facsimile: (917) 463-1044
                ahood@pomlaw.com

                *Counsel for Plaintiff Scott Sterling*

# Schedule A – J. Alexander Hood II Court Admissions

| Court | Date of Admission | Active member in good standing? |
|---|---|---|
| Supreme Court, State of New York, Third Department | March 29, 2012 | Yes |
| United States District Court, Southern District of New York | August 13, 2015 | Yes |
| United States District Court, Eastern District of New York | September 28, 2016 | Yes |
| United States District Court, District of Colorado | December 19, 2016 | Yes |
| United States District Court, Eastern District of Michigan | July 26, 2017 | Yes |
| U.S. District Court, Northern District of Illinois | May 2, 2018 | Yes |
| United States District Court, Southern District of Texas | March 15, 2019 | Yes |
| United States District Court, Northern District of New York | March 26, 2019 | Yes |
| United States District Court, Western District of New York | October 7, 2019 | Yes |



## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

### Joseph Alexander Hood

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 29, 2012**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on November 17, 2022.

Robert D. Mayberger

Clerk of the Court

CertID-00092805



State of New York
Supreme Court, Appellate Division
Third Judicial Department
Admissions Office
P.O. Box 7350, Capitol Station
Albany, NY 12224-0350

Robert D. Mayberger
Clerk of the Court

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

Anthony A. Moore
Director of Attorney Admissions

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022