UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT STERLING, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, BELINDA NUCIFORA, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, AND MICHAEL ALFRED,<br><br>　　　　　　　　Defendants. | Case No. 2:22-cv-07273-JMV-MAH<br><br>**[PROPOSED] ORDER ADMITTING JEREMY A. LIEBERMAN AND J. ALEXANDER HOOD II *PRO HAC VICE*** |

This matter having come before the Court on the application of Pomerantz LLP ["Movant"], attorneys for Plaintiff Scott Sterling, for the *pro hac vice* admission of Jeremy A. Lieberman and J. Alexander Hood II ["Counsel"], pursuant to Local Civil Rule 101.1(c); and the Court having considered the Certifications submitted in support of the application, which reflect that Counsel satisfies the requirements set forth in Local Civil Rule 101.1(c)(1); and there being no opposition to this application; and for good cause shown,.

　　　IT IS ON THIS ____ day of _____, 2023

ORDERED that the application for the *pro hac vice* admission of Counsel is granted;

IT IS FURTHER ORDERED that Counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting Counsel's standing at the bar of any court;

IT IS FURTHER ORDERED that Counsel is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against Counsel that may arise from Counsel's participation in this matter;

IT IS FURTHER ORDERED that the Movant shall: (a) be attorneys of record in this case in accordance with Local Civil Rule 101.1(c)(4); (b) be served all papers in this action and such service shall be deemed sufficient service upon Counsel; (c) sign (or arrange for a member of the firm admitted to practice in New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings; and (e) be responsible for the conduct of the cause and counsel in this matter;

IT IS FURTHER ORDERED that Counsel shall make payment to the New Jersey Lawyers' Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2(a), for each year in which Counsel represent the client in this matter; and

2

3

IT IS FURTHER ORDERED that Counsel shall each pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civ. R. 101.1(3)(c); and

IT IS FURTHER ORDERED that all terms of the Orders entered in this case, including all deadlines set forth therein, shall remain in full force and effect and no delay in discovery, motions, trial or any other proceeding shall occur because of the participation of Counsel or Counsel's inability to be in attendance at proceedings.

_____
Honorable Michael A. Hammer, U.S.M.J.