Samuel I. Portnoy, Esq.
Christina M. LaBruno, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4879

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT STERLING, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, BELINDA NUCIFORA, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, and MICHAEL ALFRED,<br><br>Defendants. | Civil Action No.: 2:22-cv-07273-JMV-MAH<br><br>*Document Electronically Filed*<br><br>**NOTICE OF APPEARANCE FOR SAMUEL I. PORTNOY** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants Iris Energy Limited, Daniel Roberts, William Roberts, Belinda Nucifora, David Bartholomew, Christopher Guzowski and Michael Alfred ("Defendants") in the above-captioned action. Please serve copies of all papers upon the undersigned attorney at the office and email address listed below and cause any future Notices of Electronic Filing in the above-captioned matter to be sent through the CM/ECF System.

Dated: Newark, New Jersey
February 2, 2023

 s/ Samuel I. Portnoy
Samuel I. Portnoy
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
sportnoy@gibbonslaw.com