

Samuel I. Portnoy
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4909 Fax: (973) 639-6218
sportnoy@gibbonslaw.com

February 2, 2023

**VIA ECF**

Hon. Michael A. Hammer, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
Newark, New Jersey 07101

      **Re:**    *Sterling v. Iris Energy Limited, et al.*,
              **Case No. 2:22-cv-07273-JMV-MAH**

Dear Judge Hammer,

     This firm, along with Davis Polk & Wardwell LLP, represents Defendants Iris Energy Limited, Daniel Roberts, William Roberts, Belinda Nucifora, David Bartholomew, Christopher Guzowski, and Michael Alfred in the above-referenced matter. We submit for Your Honor's consideration the attached papers seeking the admission *pro hac vice* of Edmund Polubinski III, Esq., Mari Grace Byrne, Esq., and Charlotte M. Savino, Esq. of Davis Polk & Wardwell LLP. Plaintiffs consent to the admission. A Proposed Order and supporting declarations are enclosed. If the enclosed documents meet with your approval, we respectfully request that Your Honor execute the enclosed Order and direct its entry.

     We thank the Court for its assistance with this matter. If you have any questions or require further information, please do not hesitate to contact me.

                                                           Respectfully submitted,

                                                            s/ Samuel I. Portnoy
                                                            Samuel I. Portnoy

Enclosures

   cc:     All Counsel of Record (*via ECF*)