UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT STERLING, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, BELINDA NUCIFORA, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, and MICHAEL ALFRED,<br><br>Defendants. | Civil Action No.: 2:22-cv-07273-JMV-MAH<br><br>*Document Electronically Filed*<br><br>**[PROPOSED] ORDER GRANTING THE ADMISSION *PRO HAC VICE* OF EDMUND POLUBINSKI III, ESQ., MARI GRACE BYRNE, ESQ., AND CHARLOTTE M. SAVINO, ESQ.** |

**THIS MATTER** having been brought before the Court by Defendants Iris Energy Limited, Daniel Roberts, William Roberts, Belinda Nucifora, David Bartholomew, Christopher Guzowski, and Michael Alfred (collectively, "Defendants"), by and through their attorneys, Gibbons P.C., seeking the entry of an Order admitting Edmund Polubinski III, Esq., Mari Grace Byrne, Esq., and Charlotte M. Savino, Esq., of Davis Polk & Wardwell LLP as counsel *pro hac vice* pursuant to Local Civil Rule 101.1(c); and the Court having considered the Declarations of Samuel I. Portnoy, Esq., Edmund Polubinski III, Esq., Mari Grace Byrne, Esq., and Charlotte M. Savino, Esq.; and Plaintiffs having consented to this application; and for other good cause shown;

**IT IS** on this ____day of _____, 2023 **ORDERED:**

1. That Edmund Polubinski III, Esq., Mari Grace Byrne, Esq., and Charlotte M. Savino, Esq., of the firm Davis Polk & Wardwell LLP are hereby granted admission *pro hac vice* for the purpose of appearing in this matter pursuant to Local Civil Rule 101.1(c); and

2. That Edmund Polubinski III, Esq., Mari Grace Byrne, Esq., and Charlotte M. Savino, Esq., are hereby required to abide by the Local Civil Rules of the District of New Jersey; and

3. That Edmund Polubinski III, Esq., Mari Grace Byrne, Esq., and Charlotte M. Savino, Esq., shall notify the Court immediately of any matter affecting their standing at the bar of any other court; and

4. That all pleadings, briefs and other papers filed with the Court shall be signed by an attorney at law employed by the law firm of Gibbons P.C., said attorney being authorized to practice in the United States District Court for the District of New Jersey, who shall be held responsible for them and for the conduct of the matter and of Edmund Polubinski III, Esq., Mari Grace Byrne, Esq., and Charlotte M. Savino, Esq.; and

5. That pursuant to Local Civil Rule 101.1(c)(2), a copy of this Order shall be forwarded to the Treasurer of the New Jersey Lawyers' Fund for Client Protection. Edmund Polubinski III, Esq., Mari Grace Byrne, Esq., and Charlotte M. Savino, Esq. shall make payment, or cause payment to be made, to the New Jersey Lawyers' Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a) within 30 days of the entry of this order for this calendar year (if such payment for this year has not already been made) and shall continue to make payment, or cause payment to be made, for each calendar year in which he/she continues to represent any Defendant before this Court; and

6. That pursuant to Local Civil Rule 101.1(c)(3), Edmund Polubinski III, Esq., Mari Grace Byrne, Esq., and Charlotte M. Savino, Esq., shall make payment of $150.00 each, or cause payment of $150.00 each to be made, to the Clerk of the United States District Court for the District of New Jersey.

_____
Hon. Michael A. Hammer, U.S.M.J.