

Samuel I. Portnoy
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4909 Fax: 973-639-6218
sportnoy@gibbonslaw.com

February 2, 2023

**VIA ECF**

Hon. John M. Vazquez, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
Newark, New Jersey 07101

      **Re:**   *Sterling v. Iris Energy Limited, et al.*, **Case No. 2:22-cv-07273-JMV-MAH**

Dear Judge Vazquez,

      This firm, along with Davis Polk & Wardwell LLP, represents Defendants in the above-referenced matter. Along with counsel for Plaintiff, we submit for Your Honor's consideration the enclosed Joint Stipulation and Proposed Order extending the time for Defendants to respond to Plaintiff's Complaint pending resolution of the process for Lead Plaintiff appointment under the Private Securities Litigation Reform Act of 1995. If the enclosed meets with your approval, we respectfully request that Your Honor execute the Order and direct its entry.

      We thank the Court for its assistance with this matter. If you have any questions or require further information, please do not hesitate to contact me.

      Respectfully submitted,

      *s/ Samuel I. Portnoy*

      Samuel I. Portnoy

Enclosures

  cc:     All Counsel of Record (*via ECF*)