Samuel I. Portnoy, Esq.
Christina M. LaBruno, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500

Edmund Polubinski III, Esq. (*pro hac vice* pending)
Mari Grace Byrne, Esq. (*pro hac vice* pending)
Charlotte M. Savino, Esq. (*pro hac vice* pending)
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York, 10017

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT STERLING, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, BELINDA NUCIFORA, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, and MICHAEL ALFRED,<br><br>Defendants. | Case No. 2:22-cv-07273-JMV-MAH<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants certifies that Iris Energy Limited is a publicly held corporation. No publicly held corporation owns 10% or more of the stock in Iris Energy Limited.

Dated: February 2, 2023
/s/ Samuel I. Portnoy
Samuel Portnoy, Esq.
Christina LaBruno, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel: (973) 596-4500
sportnoy@gibbonslaw.com
clabruno@gibbonslaw.com

Edmund Polubinski III, Esq. (*pro hac vice* pending)
Mari Grace Byrne, Esq. (*pro hac vice* pending)
Charlotte M. Savino, Esq. (*pro hac vice* pending)
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
edmund.polubinski@davispolk.com
mari.byrne@davispolk.com