**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SCOTT STERLING, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>v.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, BELINDA NUCIFORA, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, and MICHAEL ALFRED,<br><br>                      Defendants. | Case No. 2:22-cv-07273-JMV-MAH<br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting an application to appear *pro hac vice* in the within matter has been entered (ECF No. 13); and

2. The admission fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: February 3, 2023
        Newark, NJ

                              *s/ Samuel I. Portnoy*
                              Samuel Portnoy, Esq.
                              **GIBBONS P.C.**
                              One Gateway Center
                              Newark, New Jersey 07102
                              Tel: (973) 596-4500
                              sportnoy@gibbonslaw.com

                              *Attorneys for Defendants*

PRO HAC VICE ATTORNEY INFORMATION:

Name:        Edmund Polubinski III, Esq.

Address:     Davis Polk & Wardwell LLP
               450 Lexington Avenue
               New York, NY 10017

E-mail:      edmund.polubinski@davispolk.com