## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SCOTT STERLING, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, BELINDA NUCIFORA, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, and MICHAEL ALFRED,<br><br>Defendants. | Case No. 2:22-cv-07273-JMV-MAH<br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1.   An order of the Court granting an application to appear *pro hac vice* in the within matter has been entered (ECF No. 13); and

2.   The admission fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated:   February 3, 2023
        Newark, NJ

*s/ Samuel I. Portnoy*
Samuel Portnoy, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel: (973) 596-4500
sportnoy@gibbonslaw.com

*Attorneys for Defendants*

PRO HAC VICE ATTORNEY INFORMATION:

Name:        Mari Grace Byrne, Esq.

Address:     Davis Polk & Wardwell LLP
             450 Lexington Avenue
             New York, NY 10017

E-mail:      mari.byrne@davispolk.com