**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SCOTT STERLING, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, BELINDA NUCIFORA, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, and MICHAEL ALFRED,<br><br>      Defendants. | Case No. 2:22-cv-07273-JMV-MAH<br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

  Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting an application to appear *pro hac vice* in the within matter has been entered (ECF No. 13); and

2. The admission fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: February 3, 2023
   Newark, NJ

           *s/ Samuel I. Portnoy*
           Samuel Portnoy, Esq.
           **GIBBONS P.C.**
           One Gateway Center
           Newark, New Jersey 07102
           Tel: (973) 596-4500
           sportnoy@gibbonslaw.com

           *Attorneys for Defendants*

PRO HAC VICE ATTORNEY INFORMATION:

Name:   Charlotte M. Savino, Esq.

Address:  Davis Polk & Wardwell LLP
      450 Lexington Avenue
      New York, NY 10017

E-mail:   charlotte.savino@davispolk.com