**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT STERLING, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, BELINDA NUCIFORA, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, and MICHAEL ALFRED,<br><br>Defendants. | No.: 2:22-cv-07273-JMV-MAH<br><br>**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MARY-JANE OWEN TO APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>**Motion Date: March 20, 2023** |

I, Laurence M. Rosen hereby declare under penalty of perjury:

1

1. I am the Managing Partner of The Rosen Law Firm, P.A. ("Rosen Law"), proposed Lead Counsel in this action, and have personal knowledge of the facts set forth herein. I am duly admitted to practice law in the State of New Jersey and before this Court. I make this Declaration in support of the Motion of movant Mary-Jane Owen ("Movant") to be appointed as Lead Plaintiff and to approve of Rosen to serve as Lead Counsel.

2. Attached hereto as Exhibit 1 is a true and correct copy of the PSLRA early notice.

3. Attached hereto as Exhibit 2 is a true and correct copy of Movant's PSLRA certification.

4. Attached hereto as Exhibit 3 is a true and correct copy of Movant's loss chart.

5. Attached hereto as Exhibit 4 is a true and correct copy of Rosen Law's firm resume.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: February 13, 2023            /s/ Laurence M. Rosen
                                       Laurence M. Rosen

## CERTIFICATE OF SERVICE

 I hereby certify that on February 13, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


              /s/ Laurence M. Rosen