# Exhibit 3

### Iris Energy Limited Loss Chart
Class Period: Pursuant and/or Traceable to the Offering Documents issued on or about November 17, 2021 and/or between November 17, 2021 through November 1, 2022

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained (Exchange Act) | Value Retained (Securities Act) | Total Loss/Gain (Exchange Act) | Total Loss/Gain (Securities Act) | Lookback Price (Exchange Act) | Lookback Price (Securities Act) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mary-Jane Owen | 6/21/2022 | 115 | ($3.58) | ($411.70) | 12/16/2022 | 100 | $1.30 | $130.00 | | | | | | $1.75 | $1.39 |
| | 6/21/2022 | 100 | ($3.79) | ($378.71) | 12/16/2022 | 115 | $1.30 | $149.50 | | | | | | | |
| | | **215** | | **($790.41)** | | **215** | | **$279.50** | 0 | $0.00 | $0.00 | **($510.91)** | **($510.91)** | | |