# EXHIBIT 3

# EXHIBIT 3

**Summary Loss Chart (IREN Investor Group)**

| | Number of IREN Shares | Cost/Proceeds | Loss |
|---|---|---|---|
| **Network Racing Pty Ltd.** | | | |
| **(Robert Spano, Director)** | | | |
| Bought: | 20,000 | $560,000.00 | |
| Sold: | 0 | | |
| Retained: | 20,000 | $27,800.00* | **$532,200.00** |
| | | | |
| **Nahi Beaini** | | | |
| Bought: | 25,145 | $528,045.00 | |
| Sold: | 0 | | |
| Retained: | 25,145 | $34,951.55 | **$493,093.45** |
| | | | |
| **LRJ Superannuation Fund** | | | |
| **(Marc De Stoop, Trustee)** | | | |
| Bought: | 9,759 | $204,939.00 | |
| Sold: | 0 | | |
| Retained: | 9,759 | $13,565.01 | **$191,373.99** |
| | | | |
| **De Stoop Investments Pty Ltd.** | | | |
| **(Joel De Stoop, Trustee)** | | | |
| Bought: | 5,048 | $106,008.00 | |
| Sold: | 0 | | |
| Retained: | 5,048 | $7,016.72 | **$98,991.28** |
| | | | |
| **Total Loss:** | **59,952** | | **$1,315,658.72** |

*The value of shares retained is calculated based on the closing price of Iris Energy Ltd. Stock ($1.39) on December 14, 2022, when the Sterling action was commenced.

### Loss Chart (Network Racing Pty Ltd.)

| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Retained | Share Price | Total Proceeds | Loss |
|---|---|---|---|---|---|---|---|---|---|
| **Network Racing Pty Ltd.** | 11/17/2021 | 20,000 | $28.00 | $560,000.00 | 12/14/2022 | 20,000 | $1.39 | $27,800.00* | |
| | **Subtotal:** | **20,000** | | **$560,000.00** | | **20,000** | | **$27,800.00** | **$532,200.00** |

*The value of shares retained is calculated based on the closing price of Iris Energy Ltd. Stock ($1.39) on December 14, 2022, when the Sterling action was commenced.

**Loss Chart (Nahi Beaini)**

| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Retained | Share Price | Total Proceeds | Loss |
|---|---|---|---|---|---|---|---|---|---|
| **Nahi Beaini** | 11/17/2021 | 25,145 | $21.00 | $528,045.00 | 12/14/2022 | 25,145 | $1.39 | $34,951.55 | |
| | **Subtotal:** | **25,145** | | **$528,045.00** | | **25,145** | | **$34,951.55** | **$493,093.45** |

*The value of shares retained is calculated based on the closing price of Iris Energy Ltd. Stock ($1.39) on December 14, 2022, when the Sterling action was commenced.

| | | Loss Chart (LRJ Superannuation Fund) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Retained | Share Price | Total Proceeds | Loss |
| **LRJ Superannuation Fund** | 11/17/2021 | 9,759 | $21.00 | $204,939.00 | 12/14/2022 | 9,759 | $1.39 | $13,565.01 | |
| | **Subtotal:** | **9,759** | | **$204,939.00** | | **9,759** | | **$13,565.01** | **$191,373.99** |

*The value of shares retained is calculated based on the closing price of Iris Energy Ltd. Stock ($1.39) on December 14, 2022, when the Sterling action was commenced.

Loss Chart (De Stoop Investments Pty Ltd.)

| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Retained | Share Price | Total Proceeds | Loss |
|---|---|---|---|---|---|---|---|---|---|
| **De Stoop Investments Pty Ltd.** | 11/17/2021 | 5,048 | $21.00 | $106,008.00 | 12/14/2022 | 5,048 | $1.39 | $7,016.72 | |
| | **Subtotal:** | **5,048** | | **$106,008.00** | | **5,048** | | **$7,016.72** | **$98,991.28** |

*The value of shares retained is calculated based on the closing price of Iris Energy Ltd. Stock ($1.39) on December 14, 2022, when the Sterling action was commenced.