# EXHIBIT 6

# EXHIBIT 6

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT STERLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, BELINDA NUCIFORA, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, and MICHAEL ALFRED,<br><br>Defendants. | Case No. 2:22-cv-7273-JMV-MAH<br>Honorable John Michael Vazquez<br><br>Class Action<br><br>MOTION DAY: **March 20, 2023**<br><br>**ORAL ARGUMENT REQUESTED** |

**Joint Declaration in Support of Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel**

We, Network Racing Pty. Ltd. (by Robert Spano, Director), Nahi Beaini, LRJ Superannuation Fund (by Marc De Stoop, Trustee), and De Stoop Investments Pty Ltd. (by Joel De Stoop, Trustee), state as follows:

1. We submit this Joint Declaration in support of our application for appointment as lead plaintiff under the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and for approval of our selection of Bottini & Bottini, Inc. as lead counsel for the class and Cohn Lifland Pearlman Herrmann & Knopf LLP as liaison counsel. We have personal knowledge of

the information in this Joint Declaration relating to our own actions and beliefs.

2.  We are informed and understand the requirements of serving as lead plaintiff. We are aware that the Court has the discretion to appoint as lead plaintiff the "person or group of persons" with the largest financial interest in the outcome of the litigation. We decided to seek appointment as lead plaintiff jointly to represent the interests of the class.

3.  Each of us has a substantial financial interest in the litigation in connection with our losses in the common stock of Iris Energy Limited.

4.  Each of us also has substantial experience in finance and investments. For example, Robert Spano has over 30 years of experience in investing in the stock market and has developed a decades-long career in finance. Nahi Beaini, Marc De Stoop, and Joel De Stoop have been business associates for years; they are currently working together at Climatech, Australia's leading mechanical services contractor. Marc De Stoop and Joel De Stoop are brothers.

5.  We have discussed serving as lead plaintiff with our counsel. We understand that a lead plaintiff acts as a fiduciary on behalf of all potential class members and oversees counsel throughout the litigation.

6.  We are aware and understand that it is our responsibility to keep informed regarding the status and progress of this action, the strengths and weaknesses of the case, and any prospects for resolution of this matter.

7.  We are aware and understand that as lead plaintiff, we will have the responsibility for making litigation decisions and for directing counsel with respect to this litigation, after receiving the benefit of counsel's advice.

8.  We are willing to perform all of these duties on behalf of the class members.

9.  We are aware that a lead plaintiff has a fiduciary duty to the entire class, which we each intend to represent fully and faithfully in order to protect its interests. We will take an active role in the prosecution of the case, including supervising counsel and ensuring that the case is handled in an efficient manner.

10. To that end, we have established protocols to communicate with counsel and with each other by email, by telephone, and by in-person meeting (when necessary).

11. We have communicated directly with each other through conference calls and emails. We will continue to communicate regularly with counsel and each other regarding major litigation events, such as important motions, settlement discussions, trial preparation, and trial.

12. When necessary, we will make decisions by majority vote. We have agreed to authorize Robert Spano of Network Racing Pty Ltd. to act for the group as a spokesperson, should an unanticipated emergency arise.

13. We are aware that we have the right to select counsel as part of the lead plaintiff process. Based on Bottini & Bottini, Inc.'s substantial experience and expertise in prosecuting securities class action cases, we have selected Bottini & Bottini, Inc. to represent the class in this case.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 13, 2023.

DocuSign Envelope ID: 022745 ...

_____
Network Racing Pty Ltd.
(By Robert Spano, Director)

_____
Nahi Beaini

_____
LRJ Superannuation Fund
(By Lima Romeo Juliet Pty Ltd.,
Trustee, by Marc De Stoop, Trustee)

_____
De Stoop Investments Pty Ltd.
(By JDS Investment Trust, Trustee,
by Joel De Stoop, Trustee)

5