UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT STERLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, BELINDA NUCIFORA, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, and MICHAEL ALFRED,<br><br>Defendants. | Case No. 2:22-cv-7273-JMV-MAH<br><br>Honorable John Michael Vazquez<br><br>Class Action<br><br>**MOTION DAY: March 20, 2023**<br><br>**ORAL ARGUMENT REQUESTED** |

**[Proposed] Order Granting Motion for Appointment of Lead Plaintiff and for Approval of Selection of Lead Counsel**

Having considered the motion of the IREN Investor Group (movants Network Racing Pty Ltd., Nahi Beaini, LRJ Superannuation Fund, and De Stoop Investments Pty Ltd.) for appointment of lead plaintiff and for approval of selection of lead counsel and liaison counsel, and good cause appearing, the Court grants the motion and orders that:

I.   **Appointment of Lead Plaintiff**

1. The IREN Investor Group and each member of the group shall be appointed as Lead Plaintiff pursuant to Section 27(a)(3)(b) of the Securities Act of 1933, 15 U.S.C § 77z-1(a)(3)(B), and Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, because the group has the largest financial interest in this litigation and otherwise satisfies the requirements of Federal Rule of Civil Procedure 23.

II.  **Approval of Lead Plaintiff's Selection of Lead Counsel and Liaison Counsel**

2. The IREN Investor Group's choice of counsel shall be approved.

3. The law firm of Bottini & Bottini, Inc. shall be appointed as Lead Counsel for the putative class.

4. Lead counsel shall manage the prosecution of this litigation on behalf of plaintiffs and the class.  Lead counsel shall be responsible for, among other things, (a) preparing all pleadings; (b) briefing and arguing motions; (c) conducting discovery; (d) preparing the case for trial; and (e) conducting any settlement negotiations on behalf of plaintiffs and the class.

5. The law firm of Cohn Lifland Pearlman Herrmann & Knopf LLP is appointed as Liaison Counsel.

IT IS SO ORDERED.

Dated: March ___, 2023

_____
The Honorable John Michael Vazquez
United States District Judge