| | |
|---|---|
| James E. Cecchi<br>Lindsey H. Taylor<br>Donald A. Ecklund<br>**CARELLA, BYRNE, CECCHI,**<br>**OLSTEIN, BRODY & AGNELLO, P.C.**<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>Telephone: (973) 994-1700<br><br>*Liaison Counsel for Lead Plaintiff Movant*<br>*Erik Keyser and Proposed Liaison Counsel*<br>*for the Class* | Robert V. Prongay<br>Charles H. Linehan<br>Pavithra Rajesh<br>**GLANCY PRONGAY & MURRAY LLP**<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>Telephone: (310) 201-9150<br><br>*Counsel for Lead Plaintiff Movant Erik*<br>*Keyser and Proposed Lead Counsel for the*<br>*Class* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SCOTT STERLING, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>            v.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, BELINDA NUCIFORA, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, and MICHAEL ALFRED,<br><br>                      Defendants. | Case No. 2:22-cv-07273-JMV-MAH<br><br>**DECLARATION OF JAMES E. CECCHI IN SUPPORT OF ERIK KEYSER'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |

I, James E. Cecchi, hereby declare as follows:

1.  I am an attorney practicing with the law firm of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C., liaison counsel for Lead Plaintiff Movant Erik Keyser ("Keyser") and proposed liaison counsel for the class in the above-captioned actions. I make this declaration in support of Keyser's Motion for Appointment as Lead Plaintiff and Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.  Attached hereto as the exhibits are true and correct copies of the following:

   Exhibit A:  Press release published December 4, 2022 on *PR Newswire*, announcing the pendency of the securities class action against Defendants herein;

   Exhibit B:  Signed PSLRA Certification of Keyser;

   Exhibit C:  Analysis of Keyser's financial interest;

   Exhibit D:  Firm résumé of Glancy Prongay & Murray LLP; and

   Exhibit E:  Firm résumé of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 13th day of February 2022.

*s/ James E. Cecchi*  
James E. Cecchi