**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SCOTT STERLING, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, BELINDA NUCIFORA, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, and MICHAEL ALFRED,<br><br>Defendants. | Case No. 2:22-cv-07273-JMV-MAH |

**[PROPOSED] ORDER GRANTING ERIK KEYSER'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

Having considered the Motion of Erik Keyser for Appointment as Lead Plaintiff and Approval of Counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 77z-1(a)(3)(B), and 15 U.S.C. § 78u-4(a)(3)(B), appoints Erik Keyser as Lead Plaintiff; and

3. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court appoints Glancy Prongay & Murray LLP as Lead Counsel and Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. as Liaison Counsel for the class.

IT IS SO ORDERED.

Dated: _____, 2023

_____
HON. JOHN MICHAEL VAZQUEZ
UNITED STATES DISTRICT JUDGE