## CERTIFICATE OF SERVICE

I certify that on this 6th day of March, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

s/ Peter S. Pearlman
Peter S. Pearlman
