COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Peter S. Pearlman
Matthew F. Gately
Park 80 Plaza West-One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
Telephone: (201) 845-9600
Facsimile:   (201) 845-9423

*Counsel for Movant the IREN Investor Group and Proposed Liaison Counsel*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT STERLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, BELINDA NUCIFORA, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, and MICHAEL ALFRED,<br><br>Defendants. | Case No. 2:22-cv-7273-JMV-MAH<br><br>Class Action<br><br>Honorable John Michael Vazquez<br><br>**MOTION DAY: March 20, 2023**<br><br>**ORAL ARGUMENT REQUESTED** |

**Reply Memorandum of Law in Further Support of the IREN Investor Group's Motion for Appointment of Lead Plaintiff and for Approval of Selection of Lead Counsel**

Movants Network Racing Pty Ltd., Nahi Beaini, LRJ Superannuation Fund, and De Stoop Investments Pty Ltd. (together, the "IREN Investor Group") respectfully states the following in further support of the IREN Investor Group's motion, under Section 27(a)(3)(B) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B), and Section 21D(a)(3)(B) of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, for appointment as lead plaintiff and for approval of selection of lead counsel and liaison counsel.

1. Because both competing motions (Dkt. Nos. 25, 27) have been withdrawn, *see* Dkt. Nos. 28–29, the IREN Investor Group is the only remaining movant.

2. For the reasons set forth in the IREN Investor Group's motion (Dkt. No. 26) and opposition brief (Dkt. No. 30), the Court should grant the IREN Investor Group's motion in its entirety.

Dated: March 13, 2023

Respectfully submitted,

COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Peter S. Pearlman
Matthew F. Gately

_____s/ Peter S. Pearlman_____
Peter S. Pearlman

Park 80 Plaza West-One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
Telephone: (201) 845-9600
Facsimile:  (201) 845-9423
Email:       psp@njlawfirm.com
             mfg@njlawfirm.com

*Counsel for Movant the IREN Investor Group and Proposed Liaison Counsel*

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr.
(*pro hac vice* forthcoming)
Albert Y. Chang
(*pro hac vice* forthcoming)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:    (858) 914-2001
Facsimile:    (858) 914-2002
Email:   fbottini@bottinilaw.com
         achang@bottinilaw.com

*Counsel for Movant the IREN Investor Group and Proposed Lead Counsel for the Class*