COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
Peter S. Pearlman
Matthew F. Gately
Park 80 Plaza West-One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
Telephone: (201) 845-9600
Facsimile:  (201) 845-9423

*Counsel for Movant the IREN Investor Group and Proposed Liaison Counsel*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| SCOTT STERLING, individually and on behalf of all others similarly situated, Plaintiff, vs. IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, BELINDA NUCIFORA, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, and MICHAEL ALFRED, Defendants. | Case No. 2:22-cv-7273-JMV-MAH<br><br>Class Action<br><br>Honorable John Michael Vazquez<br><br>MOTION DAY: **March 20, 2023**<br><br>ORAL ARGUMENT REQUESTED<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

I certify that on this 13th day of March, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

s/ Peter S. Pearlman
Peter S. Pearlman