| | |
|---|---|
| James E. Cecchi<br>Lindsey H. Taylor<br>Donald A. Ecklund<br>**CARELLA, BYRNE, CECCHI,**<br>**OLSTEIN, BRODY & AGNELLO, P.C.**<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>Telephone: (973) 994-1700<br><br>*Liaison Counsel for Erik Keyser* | Robert V. Prongay<br>Charles H. Linehan<br>Pavithra Rajesh<br>**GLANCY PRONGAY & MURRAY LLP**<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>Telephone: (310) 201-9150<br><br>*Counsel for Erik Keyser* |

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT STERLING, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, BELINDA NUCIFORA, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, and MICHAEL ALFRED,<br><br>　　　　　　　　Defendants. | Case No. 2:22-cv-07273-JMV-MAH<br><br>**NOTICE OF WITHDRAWAL OF ERIK KEYSER'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |

Erik Keyser filed a timely motion for appointment as lead plaintiff and approval of his selection of counsel. Dkt. No. 27 (the "Motion"). Two similar motions were filed by other putative class members in this action. Dkt. Nos. 25, 26.

The Private Securities Litigation Reform Act of 1995 (the "PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 77z-1(a)(3)(B)(iii)(I); 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Mr. Keyser does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. As such, Mr. Keyser hereby withdraws his Motion.

By this withdrawal, Mr. Keyser does not waive his rights to participate and recover as a class member in this litigation.

DATED: March 6, 2023

Respectfully submitted,

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**

By:   *s/ James E. Cecchi*
James E. Cecchi
Lindsey H. Taylor
Donald A. Ecklund
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994 -1700

*Liaison Counsel for Erik Keyser*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan

1

Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150

*Counsel Erik Keyser*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel*

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 3/22/2023

2