**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*Counsel for Mary-Jane Owen*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT STERLING, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, BELINDA NUCIFORA, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, and MICHAEL ALFRED,<br><br>Defendants. | No.: 2:22-cv-07273-JMV-MAH<br><br>**NOTICE OF WITHDRAWAL OF MOVANT MARY-JANE OWEN'S MOTION TO APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL (DKT. NO. 25)**<br><br><u>CLASS ACTION</u><br><br>**Motion Date: March 20, 2023** |

Mary-Jane Owen ("Movant") hereby withdraws her Motion to Appoint Lead Plaintiff and Approve Lead Plaintiff's Selection of Counsel. Dkt. No. 25.

This withdrawal shall have no impact on Movant's membership in the proposed class, Movant's right to share in any recovery obtained for the benefit of class members, and Movant's ability to serve as a representative party.

Dated: February 14, 2023                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*Counsel for Mary-Jane Owen*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 14th day of February, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


<u>/s/ Laurence M. Rosen</u>


SO ORDERED.

<u>s/ John Michael Vazquez</u>
John Michael Vazquez, U.S.D.J.

Date: 3/22/2023

3