

Samuel I. Portnoy
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4909 Fax: 973-639-6218
sportnoy@gibbonslaw.com

April 6, 2023

**VIA ECF**

Hon. John M. Vazquez, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
Newark, New Jersey 07101

      Re:    *Sterling v. Iris Energy Limited, et al.*, Case No. 2:22-cv-07273-JMV-MAH

Dear Judge Vazquez,

      This firm, along with Davis Polk & Wardwell LLP, represents Defendants in the above-referenced matter. In accordance with this Court's Order dated February 3, 2023 (ECF No. 14), we submit on behalf of all parties the enclosed Joint Stipulation and Proposed Order setting a schedule for the filing of Plaintiff's amended complaint and any motion to dismiss or other response thereto. If the enclosed meets with your approval, we respectfully request that Your Honor execute the Order and direct its entry.

      We thank the Court for its assistance with this matter. If you have any questions or require further information, please do not hesitate to contact me.

      Respectfully submitted,

      *s/ Samuel I. Portnoy*

      Samuel I. Portnoy

Enclosures

  cc:    All Counsel of Record (*via ECF*)