UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT STERLING, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, BELINDA NUCIFORA, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, and MICHAEL ALFRED,<br><br>Defendants. | Case No. 2:22-cv-07273-JMV-MAH<br><br>STIPULATION AND [PROPOSED] ORDER FOR FILING OF AMENDED COMPLAINT AND MOVING OR OTHERWISE RESPONDING TO AMENDED COMPLAINT |

WHEREAS, by Consent Order dated February 3, 2023, this Court directed Plaintiff and Defendants to meet and confer and jointly submit for the Court's approval, within fourteen days of the Court's entry of a Lead Plaintiff Order, a proposed schedule for the filing of an amended complaint and any motion to dismiss or other response thereto (ECF No. 14);

WHEREAS, on March 27, 2023, following the submission of motions for the appointment of Lead Plaintiff, the Court appointed the IREN Investor Group as Lead Plaintiff, Bottini & Bottini, Inc. as Lead Counsel for the putative class, and Cohn Lifland Pearlman Herrmann & Knopf LLP as Liaison Counsel (ECF No. 34); and

WHEREAS, the Parties have conferred and are in agreement on a schedule for the filing of Lead Plaintiff's Amended Complaint and for Defendants' response thereto.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the Parties, as follows:

1. Defendants shall not be required to answer, move, or otherwise respond to the current Complaint.

2. Lead Plaintiff shall file its Amended Complaint, which shall supersede the current Complaint, by June 6, 2023.

3. Defendants' deadline to move to dismiss, answer, or otherwise respond to the Amended Complaint is August 4, 2023.

4. In the event Defendants elect to move to dismiss the Amended Complaint, Lead Plaintiff shall file its opposition to Defendants' motion to dismiss by October 4, 2023.

5. Defendants shall file their reply in further support of their motion to dismiss the Amended Complaint by November 17, 2023.

6.        Nothing in this stipulation shall prejudice the right of any Party to seek further extensions on the consent of the other Parties or from the Court.

Respectfully submitted this 7th day of April 2023, by:

DATED:  April 7, 2023                                COHN LIFLAND PEARLMAN
                                                                              HERRMANN & KNOPF LLP
                                                                         MATTHEW F. GATELY, ESQ.


                                                                                   *s/ Matthew F. Gately*

                                                                         Peter S. Pearlman
                                                                         Matthew F. Gately
                                                                         Park 80 Plaza West-One
                                                                         250 Pehle Avenue, Suite 401
                                                                         Saddle Brook, New Jersey 07663
                                                                         Telephone: (201) 845-9600
                                                                         Facsimile: (201) 845-9423

                                                                         BOTTINI & BOTTINI, INC.
                                                                         Francis A. Bottini, Jr.
                                                                         (*pro hac vice* forthcoming)
                                                                         Albert Y. Chang
                                                                         (*pro hac vice* forthcoming)
                                                                         7817 Ivanhoe Avenue, Suite 102
                                                                         La Jolla, California 92037
                                                                         Telephone: (858) 914-2001
                                                                         Facsimile: (858) 914-2002
                                                                         Email: fbottini@bottinilaw.com
                                                                                      achang@bottinilaw.com

                                                                         *Attorneys for Lead Plaintiff*

DATED: April 6, 2023

GIBBONS P.C.
SAMUEL I. PORTNOY

*s/ Samuel I. Portnoy*

Samuel I. Portnoy
Christina M. LaBruno
One Gateway Center
Newark, New Jersey 07102
Tel: (973) 596-4500
sportnoy@gibbonslaw.com
clabruno@gibbonslaw.com

DAVIS POLK & WARDWELL LLP
Edmund Polubinski III
Mari G. Byrne
450 Lexington Avenue
New York, NY 10017
Telephone: 212-450-4000
edmund.polubinski@davispolk.com
mari.byrne@davispolk.com

*Attorneys for Defendants*

IT IS SO ORDERED.

DATED: _____  _____
THE HONORABLE JOHN MICHAEL VAZQUEZ
UNITED STATES DISTRICT JUDGE