# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT STERLING, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, BELINDA NUCIFORA, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, and MICHAEL ALFRED,<br><br>　　　　　　　　　　Defendants. | Case No. 2:22-cv-07273-JMV-MAH<br><br>STIPULATION AND ORDER FOR FILING OF AMENDED COMPLAINT AND MOVING OR OTHERWISE RESPONDING TO AMENDED COMPLAINT |

WHEREAS, by Consent Order dated February 3, 2023, this Court directed Plaintiff and Defendants to meet and confer and jointly submit for the Court's approval, within fourteen days of the Court's entry of a Lead Plaintiff Order, a proposed schedule for the filing of an amended complaint and any motion to dismiss or other response thereto (ECF No. 14);

WHEREAS, on March 27, 2023, following the submission of motions for the appointment of Lead Plaintiff, the Court appointed the IREN Investor Group as Lead Plaintiff, Bottini & Bottini, Inc. as Lead Counsel for the putative class, and Cohn Lifland Pearlman Herrmann & Knopf LLP as Liaison Counsel (ECF No. 34); and

WHEREAS, the Parties have conferred and are in agreement on a schedule for the filing of Lead Plaintiff's Amended Complaint and for Defendants' response thereto.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the Parties, as follows:

1. Defendants shall not be required to answer, move, or otherwise respond to the current Complaint.

2. Lead Plaintiff shall file its Amended Complaint, which shall supersede the current Complaint, by June 6, 2023.

3. Defendants' deadline to move to dismiss, answer, or otherwise respond to the Amended Complaint is August 4, 2023.

4. In the event Defendants elect to move to dismiss the Amended Complaint, Lead Plaintiff shall file its opposition to Defendants' motion to dismiss by October 4, 2023.

5. Defendants shall file their reply in further support of their motion to dismiss the Amended Complaint by November 17, 2023.

6.    Nothing in this stipulation shall prejudice the right of any Party to seek further extensions on the consent of the other Parties or from the Court.

Respectfully submitted this 7th day of April 2023, by:

DATED: April 7, 2023        COHN LIFLAND PEARLMAN
                                      HERRMANN & KNOPF LLP
                               MATTHEW F. GATELY, ESQ.

                               *s/ Matthew F. Gately*

Peter S. Pearlman
Matthew F. Gately
Park 80 Plaza West-One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
Telephone: (201) 845-9600
Facsimile: (201) 845-9423

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr.
(*pro hac vice* forthcoming)
Albert Y. Chang
(*pro hac vice* forthcoming)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
Email: fbottini@bottinilaw.com
        achang@bottinilaw.com

*Attorneys for Lead Plaintiff*

DATED: April 6, 2023                GIBBONS P.C.
                                    SAMUEL I. PORTNOY

                                    _____*s/ Samuel I. Portnoy*_____

                                    Samuel I. Portnoy
                                    Christina M. LaBruno
                                    One Gateway Center
                                    Newark, New Jersey 07102
                                    Tel: (973) 596-4500
                                    sportnoy@gibbonslaw.com
                                    clabruno@gibbonslaw.com

                                    DAVIS POLK & WARDWELL LLP
                                    Edmund Polubinski III
                                    Mari G. Byrne
                                    450 Lexington Avenue
                                    New York, NY 10017
                                    Telephone: 212-450-4000
                                    edmund.polubinski@davispolk.com
                                    mari.byrne@davispolk.com

                                    *Attorneys for Defendants*

IT IS SO ORDERED.

DATED:  4/10/2023                   _____
                                    THE HONORABLE JOHN MICHAEL VAZQUEZ
                                    UNITED STATES DISTRICT JUDGE

- 3 -