James E. Cecchi, Esq.
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Fascimile: (973) 994-1744
Email: JCecchi@carellabyrne.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____

| | |
|---|---|
| SCOTT STERLING, Individually and on Behalf of All Others Similarly Situated, | : Case No. 2:22-cv-07273-JMV-MAH |
| Plaintiff, | : |
| v. | : |
| IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, BELINDA NUCIFORA, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, and MICHAEL ALFRED, | : |
| Defendants | |

_____

## **NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that James E. Cecchi, an attorney with the law firm Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C., withdraws his appearance as counsel for Erik Keyser in the above-captioned matter. The individual is no longer seeking appointment as lead plaintiff on behalf of the class. The Clerk of this Court is respectfully requested to terminate James. E. Cecchi from the Court's docket and to remove the undersigned counsel from the Court's service list for purposes of receiving electronic filings.

Dated: June 13, 2023

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C

By:     /s/ James E. Cecchi_____
James E. Cecchi, Esq.
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
Email: JCecchi@carellabyrne.com