

Park 80 West-Plaza One    (201) 845-9600 Main
250 Pehle Avenue    (201) 845-9423 Fax
Suite 401
Saddle Brook, NJ 07663

*Attorneys at Law*     njlawfirm.com

Peter S. Pearlman, Esq.
psp@njlawfirm.com
Direct Line: (551) 497-7131
Cell: (201) 709-0597

June 14, 2023

<u>VIA ECF</u>
Clerk, United States District Court
Frank R. Lautenberg U.S. P.O. & Courthouse
2 Federal Sq.
Newark, NJ 07102

         Re:    **Sterling v. Iris Energy Limited, et al.**
                **Case No.: 2:22-cv-7273-JMV-MAH**

Dear Sir/Madam:

     Plaintiff's First Amended Complaint, in connection with the above-named matter, was filed on June 6, 2023. Plaintiff hereby requests Amended Summonses for the following defendants who have been added to the case:

- J.P. Morgan Securities LLC
- Canaccord Genuity LLC
- Citigroup Global Markets Inc.
- Cantor Fitzgerald & Co.
- Galaxy Digital Partners LLC
- Compass Point Research & Trading, LLC
- Macquarie Capital (Usa) Inc.

Thank you.

                                        Respectfully,

                                        */s/ Peter S. Pearlman*

PSP:bb                                 Peter S. Pearlman

cc: All Counsel of Record (via ECF)