

Samuel I. Portnoy
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4909 Fax: 973-639-6218
sportnoy@gibbonslaw.com

July 28, 2023

**VIA ECF**

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 7/31/2023

Hon. John M. Vazquez, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
Newark, New Jersey 07101

Re:    *Sterling v. Iris Energy Limited, et al.*,  Case No. 2:22-cv-07273-JMV-MAH

Dear Judge Vazquez,

This firm, along with Davis Polk & Wardwell LLP, represents defendants Iris Energy Limited, Daniel Roberts, William Roberts, David Bartholomew, Christopher Guzowski, and Michael Alfred in the above-referenced matter. The balance of the named defendants are represented by separate counsel.

We write on behalf of all defendants to request a modest enlargement of the page limits applicable to the motions to dismiss defendants plan to file next Friday, August 4. To maximize efficiency for the Court and all parties, defendants plan to file a single omnibus moving brief in support of all motions. In order to accomplish that, defendants wish to file a slightly overlength moving brief. Defendants seek leave to file a moving brief forty-five (45) pages in length (exclusive of tables). Plaintiffs consent to this request, provided they are afforded forty-five (45) pages for their opposition brief. Defendants also anticipate they will need an enlargement of the page limit applicable to their reply, but plan to approach the Court with a specific request once they have a chance to review plaintiffs' opposition.

If the foregoing meets with Your Honor's approval, we ask that this letter be So Ordered. We thank the Court for its kind attention and consideration of this request.

Respectfully submitted,

*s/ Samuel I. Portnoy*
Samuel I. Portnoy

cc:    All Counsel of Record (*via ECF*)