Scott D. Musoff
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
(212) 735-3000 (Telephone)
(212) 735-2000 (Facsimile)
scott.musoff@skadden.com

*Counsel for Defendants J.P. Morgan Securities LLC, Canaccord Genuity LLC, Citigroup Global Markets Inc., Cantor Fitzgerald & Co., Galaxy Digital Partners LLC, Compass Point Research & Trading, LLC and Macquarie Capital (USA) Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT STERLING, Individually and on behalf of all others similarly situated, | Case No. 1:22-cv-7273-JMV-MAH |
| *Plaintiff*, | |
| v. | **ECF Case** |
| | **Electronically Filed** |
| IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, MICHAEL ALFRED, J.P. MORGAN SECURITIES LLC, CANACCORD GENUITY LLC, CITIGROUP GLOBAL MARKETS INC., CANTOR FITZGERALD & CO., GALAXY DIGITAL PARTNERS LLC, COMPASS POINT RESEARCH & TRADING, LLC, and MACQUARIE CAPITAL (USA) INC., | **NOTICE OF APPEARANCE** |
| *Defendants*. | |

PLEASE TAKE NOTICE that Skadden, Arps, Slate, Meagher & Flom LLP through Scott D. Musoff enters an appearance as counsel on behalf of Defendants J.P. Morgan Securities LLC, Canaccord Genuity LLC, Citigroup Global Markets Inc., Cantor Fitzgerald & Co., Galaxy Digital Partners LLC, Compass Point Research & Trading, LLC and Macquarie Capital (USA) Inc.

Dated: August 4, 2023

/s/ *Scott D. Musoff*
Scott D. Musoff
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Phone: (212) 735-3000
Fax: (212) 735-2000
(scott.musoff@skadden.com)

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2023, I caused a copy of the Notice of Appearance on behalf of Defendants J.P. Morgan Securities LLC, Canaccord Genuity LLC, Citigroup Global Markets Inc., Cantor Fitzgerald & Co., Galaxy Digital Partners LLC, Compass Point Research & Trading, LLC and Macquarie Capital (USA) Inc. to be served electronically via ECF upon Plaintiffs' counsel.

Dated:  August 4, 2023                          s/ *Scott D. Musoff*
                                                Scott D. Musoff