Scott D. Musoff
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
(212) 735-3000 (Telephone)
(212) 735-2000 (Facsimile)
scott.musoff@skadden.com

*Counsel for Defendants J.P. Morgan*
*Securities LLC, Canaccord Genuity LLC,*
*Citigroup Global Markets Inc., Cantor*
*Fitzgerald & Co., Galaxy Digital Partners*
*LLC, Compass Point Research & Trading,*
*LLC and Macquarie Capital (USA) Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| SCOTT STERLING, Individually and on behalf of all others similarly situated, | : Case No. 1:22-cv-7273-JMV-<br>: MAH<br>: |
| *Plaintiff*, | : **ECF Case** |
| v. | : **Electronically Filed** |
| IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, MICHAEL ALFRED, J.P. MORGAN SECURITIES LLC, CANACCORD GENUITY LLC, CITIGROUP GLOBAL MARKETS INC., CANTOR FITZGERALD & CO., GALAXY DIGITAL PARTNERS LLC, COMPASS POINT RESEARCH & TRADING, LLC, and MACQUARIE CAPITAL (USA) INC., | :<br>:<br>:<br>: **FEDERAL RULE OF CIVIL**<br>: **PROCEDURE 7.1**<br>: **DISCLOSURE STATEMENT**<br>:<br>:<br>:<br>:<br>:<br>: |
| *Defendants*. | :<br>: |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants J.P. Morgan Securities LLC, Canaccord Genuity LLC, Citigroup Global Markets Inc., Cantor Fitzgerald & Co., Galaxy Digital Partners LLC, Compass Point Research & Trading, LLC and Macquarie Capital (USA) Inc. respectively state, by and through their undersigned attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, the following as to themselves:

1.      J.P. Morgan Securities LLC is an indirect, wholly-owned subsidiary of JPMorgan Chase & Co., a publicly held company whose shares trade on the New York Stock Exchange. JPMorgan Chase & Co. has no corporate parent and no publicly held corporation owns 10% or more of its stock. However, The Vanguard Group, Inc., an investment adviser which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles and institutional accounts that it or its subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co.

2.      Canaccord Genuity LLC is an indirect, wholly-owned subsidiary of Canaccord Genuity Group Inc., a publicly held company whose shares trade on the Toronto Stock Exchange. Canaccord Genuity Group Inc. has no corporate parent and no publicly held corporation owns 10% or more of its stock.

3.    Citigroup Global Markets Inc. is an indirect, wholly-owned subsidiary of Citigroup Inc., a publicly held company whose shares trade on the New York Stock Exchange. Citigroup Inc. has no corporate parent and no publicly held corporation owns 10% or more of its stock.

4.    Cantor Fitzgerald & Co. has no corporate parent and no publicly held corporation owns 10% or more of its stock.

5.    Galaxy Digital Partners LLC is wholly owned by Galaxy Digital LP, a limited partnership, which, in turn, is wholly owned by Galaxy Digital Holdings LP, a limited partnership. Galaxy Digital Holdings Ltd., a publicly held company whose shares trade on the Toronto Stock Exchange, owns more than 10% of the partnership interests of Galaxy Digital Holdings LP. Galaxy Digital Holdings Ltd. has no corporate parent and no publicly held corporation owns 10% or more of its stock.

6.    Compass Point Research & Trading, LLC has no corporate parent and no publicly held corporation owns 10% or more of its stock.

7.    Macquarie Capital (USA) Inc. is an indirect, wholly-owned subsidiary of Macquarie Group Limited, a publicly held company whose shares trade on the Australian Stock Exchange. Macquarie Group Limited has no corporate parent and no publicly held corporation owns 10% or more of its stock.

Dated:      August 4, 2023

/s/ *Scott D. Musoff*
Scott D. Musoff
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Phone:  (212) 735-3000
Fax:  (212) 735-2000
(scott.musoff@skadden.com)

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on August 4, 2023, I caused a copy of the Federal Rule of Civil Procedure 7.1 Disclosure Statement of Defendants J.P. Morgan Securities LLC, Canaccord Genuity LLC, Citigroup Global Markets Inc., Cantor Fitzgerald & Co., Galaxy Digital Partners LLC, Compass Point Research & Trading, LLC and Macquarie Capital (USA) Inc. to be served electronically via ECF upon Plaintiffs' counsel.


Dated:  August 4, 2023       <u>s/ *Scott D. Musoff*</u>
             Scott D. Musoff