<div style="display: flex;">

Edmund Polubinski III (*pro hac vice*)
Mari Grace (*pro hac vice*)
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
edmund.polubinski@davispolk.com
mari.grace@davispolk.com

Samuel I. Portnoy
Christina M. LaBruno
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
sportnoy@gibbonslaw.com
claburno@gibbonslaw.com

*Counsel for Iris Energy Limited, Daniel Roberts, William Roberts, David Bartholomew, Christopher Guzowski, and Michael Alfred*

</div>

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT STERLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, MICHAEL ALFRED, J.P. MORGAN SECURITIES LLC, CANACCORD GENUITY LLC, CITIGROUP GLOBAL MARKETS INC., CANTOR FITZGERALD & CO., GALAXY DIGITAL PARTNERS LLC, COMPASS POINT RESEARCH & TRADING, LLC, and MACQUARIE CAPITAL (USA) INC.,<br><br>Defendants. | No. 2:22-cv-7273<br><br>*Document Filed Electronically*<br><br><u>CLASS ACTION</u><br><br>**ORAL ARGUMENT REQUESTED**<br><br>**RETURN DATE:** December 4, 2023<br><br><u>**NOTICE OF MOTION TO DISMISS**</u> |

To:  Peter S. Pearlman  
Matthew F. Gately  
**COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**  
250 Pehle Avenue, Suite 401  
Saddle Brook, New Jersey 07663  

Francis A. Bottini, Jr. (*pro hac vice* forthcoming)  
Albert Y. Chang (*pro hac vice* forthcoming)  
**BOTTINI & BOTTINI, INC.**  
7817 Ivanhoe Avenue, Suite 102  
La Jolla, California 92037  

*Counsel for Lead Plaintiffs and Liaison Counsel*

*Lead Counsel for Lead Plaintiffs*

**PLEASE TAKE NOTICE** that on December 4, 2023, or such other time and date as set by the Court, Defendants Iris Energy Limited, Daniel Roberts, William Roberts, David Bartholomew, Christopher Guzowski, Michael Alfred, J.P. Morgan Securities LLC, Canaccord Genuity LLC, Citigroup Global Markets Inc., Cantor Fitzgerald & Co., Galaxy Digital Partners LLC, Compass Point Research & Trading, LLC, and Macquarie Capital (USA) Inc. will move before the Honorable Judge John Michael Vazquez, Judge of the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for entry of an Order granting Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint.

**PLEASE TAKE FURTHER NOTICE** that, in support of the within motion, Defendants rely upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss and the Declaration of Edmund Polubinski III.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is being submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 78.1(b), Defendants request oral argument on this motion.

Dated: August 4, 2023

**GIBBONS P.C.**

*s/ Samuel I. Portnoy*
Samuel I. Portnoy
Christina M. LaBruno
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
sportnoy@gibbonslaw.com
claburno@gibbonslaw.com

**DAVIS POLK & WARDWELL LLP**
Edmund Polubinski III (*pro hac vice*)
Mari Grace (*pro hac vice*)
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
edmund.polubinski@davispolk.com
mari.grace@davispolk.com

*Counsel for Iris Energy Limited, Daniel Roberts, William Roberts, David Bartholomew, Christopher Guzowski, and Michael Alfred*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

*s/ Scott D. Musoff*
*Scott D. Musoff*
*One Manhattan West*
*New York, NY*
*(212) 735-7872*
*scott.musoff@skadden.com*

*Counsel for J.P. Morgan Securities LLC, Cannacord Genuity LLC, Citigroup Global Markets Inc., Macquarie Capital (USA) Inc., Cantor Fitzgerald & Co., Compass Point Research & Trading, LLC, and Galaxy Digital Partners LLC*

## LOCAL RULE 11.2 CERTIFICATION

Pursuant to Local Rule 11.2, I hereby certify that, to the best of my knowledge, the matter in controversy in this case is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding. I am aware that if the foregoing is willfully false I am subject to punishment.


Dated:  August 4, 2023                                     *s/ Samuel I. Portnoy*
                                                                           Samuel I. Portnoy