# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT STERLING, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, MICHAEL ALFRED, J.P. MORGAN SECURITIES LLC, CANACCORD GENUITY LLC, CITIGROUP GLOBAL MARKETS INC., CANTOR FITZGERALD & CO., GALAXY DIGITAL PARTNERS LLC, COMPASS POINT RESEARCH & TRADING, LLC, and MACQUARIE CAPITAL (USA) INC.,<br><br>　　　　　　　　Defendants. | No. 2:22-cv-7273<br><br>*Document Filed Electronically*<br><br><u>CLASS ACTION</u><br><br><u>PROPOSED ORDER</u> |

**THIS MATTER**, having been opened to the Court on the Motion of Defendants Iris Energy Limited, Daniel Roberts, William Roberts, David Bartholomew, Christopher Guzowski, Michael Alfred, J.P. Morgan Securities LLC, Canaccord Genuity LLC, Citigroup Global Markets Inc., Cantor Fitzgerald & Co., Galaxy Digital Partners LLC, Compass Point Research & Trading, LLC, and Macquarie Capital (USA) Inc., and the Court having considered the papers submitted in support of and in opposition to the Motion, and the arguments of counsel, and for good cause shown;

**IT IS HEREBY ORDERED**, on this____day of _____2023,

that the Motion is granted and the above-captioned matter dismissed with prejudice.

                                                  Hon. Judge John Michael Vazquez, U.S.D.J.