# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT STERLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, MICHAEL ALFRED, J.P. MORGAN SECURITIES LLC, CANACCORD GENUITY LLC, CITIGROUP GLOBAL MARKETS INC., CANTOR FITZGERALD & CO., GALAXY DIGITAL PARTNERS LLC, COMPASS POINT RESEARCH & TRADING, LLC, and MACQUARIE CAPITAL (USA) INC.,<br><br>Defendants. | No. 2:22-cv-7273<br><br>*Document Filed Electronically*<br><br><u>CLASS ACTION</u> |

## <u>CERTIFICATE OF SERVICE</u>

I, Samuel I. Portnoy, an attorney duly admitted to practice in this District, hereby certify that, on August 4, 2023, I caused a true copy of the foregoing Notice of Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint; Memorandum of Law in Support of Defendants' Motion to Dismiss; Declaration of Edmund Polubinski III in Support of Defendants' Motion to Dismiss and exhibits thereto; Proposed Order; and Certificate of Service to be filed and served by CM/ECF in accordance with the New Jersey District's Rules on Electronic Service

and by e-mail to Peter S. Pearlman and Matthew F. Gately of Cohn Lifland Pearlman Herrmann & Knopf LLP and Francis A. Bottini, Jr. and Albert Y. Chang of Bottini & Bottini, Inc.

Dated:  August 4, 2023

**GIBBONS P.C.**

*s/ Samuel I. Portnoy*
Samuel I. Portnoy
Christina M. LaBruno
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
sportnoy@gibbonslaw.com
claburno@gibbonslaw.com

*Counsel for Iris Energy Limited, Daniel Roberts, William Roberts, David Bartholomew, Christopher Guzowski, and Michael Alfred*