

**Cohn Lifland**
Pearlman Herrmann & Knopf LLP

Attorneys at Law

Park 80 West-Plaza One  (201) 845-9600 Main
250 Pehle Avenue  (201) 845-9423 Fax
Suite 401
Saddle Brook, NJ 07663

njlawfirm.com

Matthew F. Gately, Esq.
mfg@njlawfirm.com
Direct Line: (551) 497-7189
Cell: (201) 264-1995

August 22, 2023

<u>VIA ECF</u>
Hon. Michael A. Hammer, U.S.M.J.
MLK Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    **Sterling v. Iris Energy Limited, et al.**
             **Civil Action No.: 2:22-cv-7273-JMV-MAH**
             **Our File No.: 41,190-0**

Dear Judge Hammer:

This firm, along with the law firm of Bottini & Bottini, Inc., represent movants in the above-named matter.

Attached please find the following documents in connection with our request to have our co-counsel Francis A. Bottini, Jr., Esq. and Albert Y. Chang, Esq. be admitted *pro hac vice* in this case:

    1.    Certification of Matthew F. Gately, Esq..
    2.    Certification of Francis A. Bottini, Jr., Esq.;
    3.    Certification of Albert Y. Chang, Esq.; and
    4.    (Proposed) Order Admitting Francis A. Bottini, Jr., Esq. and Albert Y. Chang, Esq. *pro hac vice*.

All parties consent to the admission of Mr. Bottini and Mr. Chang in this matter.

                              Respectfully submitted,

                              /s/Peter S. Pearlman

                              Peter S. Pearlman

PSP:bb
Encl.
cc:    All Counsel of Record – Via ECF