COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
Peter S. Pearlman
Matthew F. Gately
Park 80 Plaza West-One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
Telephone: (201) 845-9600
Facsimile:   (201) 845-9423

*Counsel for Movants and Liaison Counsel*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT STERLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, BELINDA NUCIFORA, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, and MICHAEL ALFRED,<br><br>Defendants. | Case No. 2:22-cv-7273-JMV-MAH<br><br>Class Action<br><br>**CERTIFICATION OF PETER S. PEARLMAN IN SUPPORT OF APPLICATION TO ADMIT FRANCIS A. BOTTINI, JR. AND ALBERT Y. CHANG <u>PRO HAC VICE</u>** |

PETER S. PEARLMAN hereby certifies and says:

1. I am a member of the firm of Cohn Lifland Pearlman Herrmann & Knopf LLP and a member of the bar of the United States District Court for the District of New Jersey.

2. I have been asked by the law firm of Bottini & Bottini, Inc. to participate with them as counsel in connection with the above-captioned matter on behalf of the Movants.

3. I make this certification in support of an application to allow Francis A. Bottini, Jr. and Albert Y. Chang to appear and participate *pro hac vice*.

4. I understand and have informed Mr. Bottini and Mr. Chang that, in the event that the Court grants this application, all notices, orders and pleadings shall be served upon me as local counsel, and I shall promptly notify counsel of their receipt, and that only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders.

5. I further understand that I shall be responsible for the conduct of Mr. Bottini and Mr. Chang for their conduct and compliance with Local Civil Rule 101.1(c).

I certify under penalty of perjury that the foregoing statements are true.

Dated:  August 22, 2023

/s/ *Peter S. Pearlman*
Peter S. Pearlman
COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Park 80 West – Plaza One
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)
psp@njlawfirm.com