Cᴏʜɴ Lɪғʟᴀɴᴅ Pᴇᴀʀʟᴍᴀɴ
  Hᴇʀʀᴍᴀɴɴ & Kɴᴏᴘғ ʟʟᴘ
Peter S. Pearlman
Matthew F. Gately
Park 80 Plaza West-One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
Telephone: (201) 845-9600
Facsimile:   (201) 845-9423

*Counsel for Movants and Liaison Counsel*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT STERLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, BELINDA NUCIFORA, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, and MICHAEL ALFRED,<br><br>Defendants. | Case No. 2:22-cv-7273-JMV-MAH<br><br>Class Action<br><br>**ORDER ADMITTING FRANCIS A. BOTTINI, JR. AND ALBERT Y. CHANG <u>PRO HAC VICE</u>** |

**THIS MATTER** having been brought before the Court by Cohn Lifland Pearlman Herrmann & Knopf LLP, attorneys for Movants, and the Court having considered the matter, and all counsel of record for all parties having consented to the within Order; and for good cause shown;

IT IS ON THIS ____ day of _____ 2023

1.FRANCIS A. BOTTINI, JR., ESQ. and ALBERT Y. CHANG, ESQ., members of the bar of the State of California, are hereby permitted to appear and participate *pro hac vice* to represent Movants in this action;

2.Mr. Bottini and Mr. Chang are hereby directed to:

a.Abide by all disciplinary rules of this Court during the time of their *pro hac vice* admission;

b.Notify the Court immediately of any matter affecting their standing at the Bar of any other court;

c.Make payment to the New Jersey Lawyer's Fund for Client Protection as required by the New Jersey Court Rule 1:28-2;

d.Consent to the appointment of the Clerk of the United States District Court as agent upon whom service of process may be made for all actions against them and/or my firm or Cohn Lifland Pearlman Herrmann & Knopf LLP, that may arise out of their participation in this matter;

e.Have all pleadings, briefs and other papers filed with the Court signed by Cohn Lifland Pearlman Herrmann & Knopf LLP, attorneys of record for the Movant, whom shall be responsible for the conduct of the attorneys admitted hereby; and

f.Make a payment of $150.00 payable to the Clerk of the United States District Court as required by Local Civil Rule 101.1(c)(3).

_____
Hon. Michael A. Hammer, U.S.M.J.