

Park 80 West-Plaza One    (201) 845-9600 Main
250 Pehle Avenue    (201) 845-9423 Fax
Suite 401
Saddle Brook, NJ 07663

Attorneys at Law     njlawfirm.com

Peter S. Pearlman, Esq.
psp@njlawfirm.com

August 23, 2023

VIA ECF
Hon. Michael A. Hammer, U.S.D.J.
U.S. District Court, District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street, MLK Building, Courtroom 3C
Newark, NJ 07101

         Re:    Sterling v. Iris Energy Limited, et al.
                Case No.: 2:22-cv-7273-JMV-MAH

Dear Judge Hammer:

We resubmit herewith the Declarations of Albert Y. Chang, Esq. and Francis A. Bottini, Esq., submitted yesterday in support of their application for admission *pro hac vice* in this matter (ECF 49-2 and 3, respectively), with the Exbibits A to each which, inadvertently, were omitted from yesterday's filing. We apologize for any inconvenience caused and thank Kamil Gajda for calling this to our attention.

                               Respectfully Submitted,

                               */s/ Peter S. Pearlman*

                               Peter S. Pearlman

PSP:ml
Encl.