## Bar Admissions

Francis A. Bottini, Jr.

| Bar | Year of Admission | Name and Address of the Official or Office Maintaining the Bar's Roll |
|---|---|---|
| State of California | 1/19/1995 | State Bar of California<br>180 Howard St.<br>San Francisco, CA 94105 |
| United States District Court for the Northern District of California | 2/7/1995 | Phillip Burton Federal Building & United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
| United States District Court for the Southern District of California | 2/7/1995 | Clerk, United States District Court<br>333 West Broadway, Suite 420<br>San Diego, CA 92101 |
| United States District Court for the Central District of California | 1/6/1996 | First Street U.S. Courthouse<br>312 N Spring St Ste 901, Los Angeles, CA 90012 |
| United States District Court for the Eastern District of California | 12/11/2013 | Robert T. Matsui Federal Courthouse<br>501 I Street 2nd Floor, Suite 2-400<br>Sacramento, Ca 95814 |
| United States District Court for the Northern District of Illinois | 03/28/2011 | Everett McKinley Dirksen United States Courthouse<br>219 S Dearborn, Room 1637, Chicago, IL 60604-1706 |
| United States District Court for the District of Colorado | 7/6/2009 | Office of the Clerk, United States District Court<br>Alfred A Arraj Courthouse<br>901 19th Street, Room A-105<br>Denver, CO  80294-3589 |
| United States Court of Appeal for the Eighth Circuit | 11/25/2014 | 8th Circuit Court of Appeals,<br>111 South Tenth Street, Suite 24.329<br>St. Louis MO 63102. |
| United States Court of Appeal for the Tenth Circuit | 03/03/2011 | Byron White United States Courthouse<br>1823 Stout Street<br>Denver, Colorado 80257 |
| United States Supreme Court | 03/20/2000 | Clerk, Supreme Court of the U.S.<br>1 First Street, NE<br>Washington, DC 20543 |

**<u>Bar Admissions</u>**

Francis A. Bottini, Jr.

| | | |
|---|---|---|
| United States Court of Appeals for the Fifth Circuit | 05/17/2022 | Clerk of the Court, United States Court of Appeals<br>600 S. Maestri Place, Suite 115 New Orleans, LA 70130-3408 |