## Bar Admissions

Albert Y. Chang

| Bar | Year of Admission | Name and Address of the Official or Office Maintaining the Bar's Roll |
|---|---|---|
| State of California | 1/19/1995 | State Bar of California<br>180 Howard St.<br>San Francisco, CA 94105 |
| State of New York | 1/25/2002 | Office of Public Affairs<br>New York State Office of Court Administration<br>25 Beaver St., 11th Floor<br>New York, NY 10004 |
| United States District Court for the Northern District of California | 5/13/2015 | Phillip Burton Federal Building<br>& United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
| United States District Court for the Central District of California | 8/8/2014 | First Street U.S. Courthouse<br>312 N Spring St Ste 901, Los Angeles, CA 90012 |
| United States District Court for the Northern District of Illinois | 12/22/10 | Everett McKinley Dirksen United States Courthouse<br>219 S Dearborn, Room 1637, Chicago, IL 60604-1706 |
| United States District Court for the District of Colorado | 7/20/2009 | Office of the Clerk, United States District Court<br>Alfred A Arraj Courthouse<br>901 19th Street, Room A-105<br>Denver, CO  80294-3589 |
| United States District Court of New York Northern District | 10/11/2007 | James T. Foley U.S. Courthouse<br>Suite 509<br>445 Broadway<br>Albany, NY 12207 |
| United States District Court of New York Southern District | 7/12/2005 | Daniel Patrick Moynihan<br>United States Courthouse<br>500 Pearl Street<br>New York, NY 10007 - 1312 |
| United States District Court of New York Eastern District | 8/28/2007 | United States District Court for the New York Eastern District<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 |
| United States Court of Appeal for the 2nd Circuit | 4/7/10 | Thurgood Marshall United States Courthouse<br>40 Foley Square<br>New York, New York 10007 |
| United States Court of Appeal for the 5th Circuit | 6/26/2012 | Office Of the Clerk<br>F. Edward Hebert Building<br>600 S. Maestri Place<br>New Orleans, LA 70130-3408 |
| United States Court of Appeal for the 9th Circuit | 12/28/2010 | The James R. Browning Courthouse<br>95 7th Street,<br>San Francisco, Ca 94103 |

**Bar Admissions**

Albert Y. Chang

| | | |
|---|---|---|
| United States Court of Appeal for the 11th Circuit | 6/25/2010 | Elbert P. Tuttle Courthouse<br>56 Forsyth Street, N.W.<br>Atlanta, GA 30303 |