SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-7852
DIRECT FAX
917-777-7852
EMAIL ADDRESS
SCOTT.MUSOFF@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

August 30, 2023

**VIA ECF**

Honorable Michael A. Hammer
United States Magistrate Judge
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse, Court Room MLK 2C
50 Walnut Street
Newark, NJ 07101

      RE: *Sterling v. Iris Energy Ltd., et al.*, Civil Action No. 1:22-cv-7273-JMV-MAH

Dear Honorable Judge Hammer:

  We represent Defendants J.P. Morgan Securities LLC, Canaccord Genuity LLC, Citigroup Global Markets Inc., Cantor Fitzgerald & Co., Galaxy Digital Partners LLC, Compass Point Research & Trading, LLC and Macquarie Capital (USA) Inc. in the above-captioned matter and respectfully submit an application, with the consent of Plaintiffs' counsel, for the *pro hac vice* admission of William J. O'Brien. In support of the application, we are filing the following documents:

    i. Certification of Scott D. Musoff;

    ii. Certification of William J. O'Brien.

  We also submit a proposed Order on the application.

            Respectfully submitted,

            /s *Scott D. Musoff*
            Scott D. Musoff