Scott D. Musoff
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
(212) 735-3000 (Telephone)
(212) 735-2000 (Facsimile)
scott.musoff@skadden.com

*Counsel for Defendants J.P. Morgan Securities LLC, Canaccord Genuity LLC, Citigroup Global Markets Inc., Cantor Fitzgerald & Co., Galaxy Digital Partners LLC, Compass Point Research & Trading, LLC and Macquarie Capital (USA) Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SCOTT STERLING, Individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br>v.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, MICHAEL ALFRED, J.P. MORGAN SECURITIES LLC, CANACCORD GENUITY LLC, CITIGROUP GLOBAL MARKETS INC., CANTOR FITZGERALD & CO., GALAXY DIGITAL PARTNERS LLC, COMPASS POINT RESEARCH & TRADING, LLC, and MACQUARIE CAPITAL (USA) INC.,<br><br>*Defendants*. | Case No. 1:22-cv-7273-JMV-MAH<br><br>**ECF Case**<br>**Electronically Filed**<br><br><br><br>**CERTIFICATION OF**<br>**SCOTT D. MUSOFF**<br>**IN SUPPORT**<br>**OF APPLICATION FOR**<br>**PRO HAC VICE**<br>**ADMISSION OF**<br>**WILLIAM J. O'BRIEN** |

SCOTT D. MUSOFF hereby certifies as follows:

1. I am a member of the law firm Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden Arps"), attorneys for Defendants J.P. Morgan Securities LLC, Canaccord Genuity LLC, Citigroup Global Markets Inc., Cantor Fitzgerald & Co., Galaxy Digital Partners LLC, Compass Point Research & Trading, LLC and Macquarie Capital (USA) Inc. I submit this certification in support of the application to admit William J. O'Brien *pro hac vice* pursuant to L. Civ. R. 101.1(c).

2. I was duly admitted to the Bars of the State of New Jersey and the United States District Court for the District of New Jersey in 1994 and 1995 respectively. I also am a member of the Bar of the State of New York and am admitted to practice before the following other federal courts: the United States District Courts for the Eastern and Southern Districts of New York, the District Court of Colorado, the Eastern District of Michigan, the United States Court of Appeals for the Second, Third, Fourth, Fifth, Sixth, Eighth, Ninth and Tenth Circuits and the United States Supreme Court.

3. I am a member in good standing of all of the Bars to which I am admitted. I practice law in the District of New Jersey from Skadden Arps's New York City office at One Manhattan West, New York, New York 10001.

4. Mr. O'Brien is a Counsel in Skadden Arps's New York City office. Mr. O'Brien has submitted a certification in support of the present application.

5. I will be responsible, pursuant to L. Civ. R. 101.1(c)(4) for: filing and accepting service of pleadings, papers and orders; signing stipulations; and the conduct of this case. I, or another attorney who is admitted to practice in this Court, will appear at all proceedings in this case unless excused by the Court.

6. Counsel for Plaintiffs and the remaining Defendants have consented to the *pro hac vice* admission of Mr. O'Brien.

7. Consequently, I respectfully request that the Court grant the application for admission *pro hac vice* of William J. O'Brien pursuant to L. Civ. R. 101.1(c).

I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 30, 2023

 */s/ Scott D. Musoff*
 Scott D. Musoff