Scott D. Musoff
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
(212) 735-3000 (Telephone)
(212) 735-2000 (Facsimile)
scott.musoff@skadden.com

*Counsel for Defendants J.P. Morgan Securities LLC, Canaccord Genuity LLC, Citigroup Global Markets Inc., Cantor Fitzgerald & Co., Galaxy Digital Partners LLC, Compass Point Research & Trading, LLC and Macquarie Capital (USA) Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT STERLING, Individually and on behalf of all others similarly situated, | Case No. 1:22-cv-7273-JMV-MAH |
| *Plaintiff*, | |
| v. | **ECF Case** |
| | **Electronically Filed** |
| IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, MICHAEL ALFRED, J.P. MORGAN SECURITIES LLC, CANACCORD GENUITY LLC, CITIGROUP GLOBAL MARKETS INC., CANTOR FITZGERALD & CO., GALAXY DIGITAL PARTNERS LLC, COMPASS POINT RESEARCH & TRADING, LLC, and MACQUARIE CAPITAL (USA) INC., | **CERTIFICATION OF WILLIAM J. O'BRIEN IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE** |
| *Defendants*. | |

WILLIAM J. O'BRIEN hereby certifies as follows:

1. I am an attorney at law admitted to practice in New York and Counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden Arps") and principally practice in the firm's New York City office, which is located at One Manhattan West, New York, New York 10001. I submit this Certification in support of my application for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c).

2. I am a member in good standing of the Bar of the State of New York. I am admitted to practice in the following jurisdictions:

| Name of Court | Address | Year of Admission |
| --- | --- | --- |
| Supreme Court of the State of New York, Appellate Division, First Judicial Department | Supreme Court, State of New York Appellate Division, First Department 27 Madison Avenue New York, NY 10010 | 1997 |
| United States District Court for the Southern District of New York | United States District Court for the Southern District of New York Daniel Patrick Moynihan United States Courthouse 500 Pearl Street New York, NY 10007-1312 | 2001 |
| United States District Court for the Eastern District of New York | United States District Court Eastern District of New York Attorney Admission Clerk 225 Cadman Plaza East Brooklyn, NY 11201 | 2001 |

No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed upon me in any jurisdiction.

3. I will be associated in this matter with counsel of record, Scott D. Musoff, who is a member of Skadden Arps's New York City office, and is in good standing with the Bar of the United States District Court for the District of New Jersey and the Bar of the State of New Jersey.

4. I acknowledge that I will comply with the requirements of Local Civil Rule 101.1(c), including payment of the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and payment of the fee required by Local Civil Rule 101.1(c)(3). I understand that under Local Civil Rule 101.1(c)(5), I am within the disciplinary jurisdiction of this Court and will be subject to Local Civil Rule 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and Local Civil Rule 104.1, <u>Discipline of Attorneys</u>.

5. If admitted *pro hac vice*, I understand that I will be bound by the jurisdiction of this Court. I respectfully request that the Court grant my admission *pro hac vice*.

I certify under penalty of perjury that the foregoing statements are true and correct.

Dated:     August 30, 2023

William J. O'Brien