# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT STERLING, Individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, MICHAEL ALFRED, J.P. MORGAN SECURITIES LLC, CANACCORD GENUITY LLC, CITIGROUP GLOBAL MARKETS INC., CANTOR FITZGERALD & CO., GALAXY DIGITAL PARTNERS LLC, COMPASS POINT RESEARCH & TRADING, LLC, and MACQUARIE CAPITAL (USA) INC.,<br><br>*Defendants*. | Case No. 1:22-cv-7273-JMV-MAH<br><br><br><br>**[PROPOSED] ORDER ON CONSENT GRANTING ADMISSIONS PRO HAC VICE** |

THIS MATTER having been brought before the Court by Skadden, Arps, Slate, Meagher & Flom LLP, counsel for J.P. Morgan Securities LLC, Canaccord Genuity LLC, Citigroup Global Markets Inc., Cantor Fitzgerald & Co., Galaxy Digital Partners LLC, Compass Point Research & Trading, LLC and Macquarie Capital (USA) Inc., on application for an order granting the *pro hac vice* admission of William J. O'Brien pursuant to Local Civil Rule 101.1(c); and the Court having considered the certifications submitted in support of the application; and counsel for Plaintiffs having consented to the *pro hac vice* admission of Mr. O'Brien; and for good cause shown,

IT IS on this _____ day of August, 2023

ORDERED that the application for the *pro hac vice* admission of William J. O'Brien is granted; and it is further

ORDERED that William J. O'Brien shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matters affecting his standing at the bar of any court; and it is further

ORDERED that all pleadings, briefs and other papers filed with the Court shall be signed by Scott D. Musoff or another attorney from Skadden, Arps, Slate, Meagher & Flom LLP who is authorized to practice in this Court; and it is further

ORDERED that pursuant to Local Civil Rule 101.1(c)(2), William J. O'Brien shall pay the fee to the New Jersey Lawyer's Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and a copy of this order shall be forwarded by the Clerk to the Treasurer of the Fund; and it is further

ORDERED that William J. O'Brien shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey in accordance with Local Civil Rule 101.1(3)(c).

                                                                                                                                 _____
                                                                                                                HONORABLE MICHAEL A. HAMMER
                                                                                                                UNITED STATES MAGISTRATE JUDGE