# GIBBONS

Samuel I. Portnoy
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4909 Fax: 973-639-6218
sportnoy@gibbonslaw.com

November 7, 2023

**VIA ECF**
Hon. Claire C. Cecchi, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
Newark, New Jersey 07101

   Re: *Sterling v. Iris Energy Limited, et al.*, Case No. 2:22-cv-07273-JMV-MAH

Dear Judge Cecchi,

  This firm, along with Davis Polk & Wardwell LLP, represents defendants Iris Energy Limited, Daniel Roberts, William Roberts, David Bartholomew, Christopher Guzowski, and Michael Alfred in the above-referenced matter. The balance of the named defendants are represented by separate counsel.

  We write on behalf of all defendants to request a modest enlargement of the page limit applicable to defendants' reply in further support of their motion to dismiss plaintiffs' First Amended Complaint, due to be filed on November 17, 2023. To maximize efficiency for the Court and all parties, defendants filed an omnibus motion to dismiss plaintiffs' First Amended Complaint. To facilitate that, defendants requested, and were granted, an enlarged limit of forty-five (45) pages for their moving brief and plaintiffs were granted forty-five (45) pages for their opposition. [ECF No. 43]. Defendants previewed at that time that they likely would need additional pages for their omnibus reply, but would approach the Court with a specific request once they had an opportunity to review plaintiffs' opposition. *Id.* Having now had that opportunity, defendants respectfully seek leave to file a reply brief twenty (20) pages in length (exclusive of tables). Plaintiffs consent to this request.

  If the foregoing meets with Your Honor's approval, we ask that this letter be So Ordered. We thank the Court for its kind attention and consideration of this request.

             Respectfully submitted,

             *s/ Samuel I. Portnoy*
             Samuel I. Portnoy

cc: All Counsel of Record (*via ECF*)

SO ORDERED

*s/Michael A. Hammer*
Michael A. Hammer, U.S.M.J.
Date: 11/8/2023