COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Peter S. Pearlman
Matthew F. Gately
Park 80 Plaza West-One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
Telephone: (201) 845-9600
Facsimile:   (201) 845-9423

*Counsel for Movants and Liaison Counsel*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT STERLING, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, BELINDA NUCIFORA, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, and MICHAEL ALFRED,<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:22-cv-7273-JMV-MAH<br><br>Class Action<br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEYS TO RECEIVE ELECTRONIC <u>NOTIFICATION</u>** |

　　　Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150.00, pursuant to *L. Civ. R.* 101.1(c)(3), has been paid to the Clerk of the Court.

Dated:  November 15, 2023                               */s/ Peter S. Pearlman*
                                                        Peter S. Pearlman

PRO HAC VICE ATTORNEYS INFORMATION:

Name:       Francis A. Bottini, Jr., Esq.

Address:    Bottini & Bottini, Inc.

            7817 Ivanhoe Avenue, Suite 102

            La Jolla, California 92037

E-Mail:     fbottini@bottinilaw.com
            (one email address only)


Name:       Albert Y. Chang, Esq.

Address:    Bottini & Bottini, Inc.

            7817 Ivanhoe Avenue, Suite 102

            La Jolla, California 92037

E-Mail:     achang@bottinilaw.com
            (one email address only)