**COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**

Peter S. Pearlman
Matthew F. Gately

Park 80 Plaza West-One
250 Pehle Avenue, Suite 401 Saddle Brook, New Jersey 07663 Telephone:
Tel. (201) 845-9600

Fax: (201) 845-9423

*Counsel for Plaintiffs and Liaison Counsel*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SCOTT STERLING, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, BELINDA NUCIFORA, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, and MICHAEL ALFRED,<br><br>　　　　　　　　　Defendants. | Case No. 2:22-cv-7273-JMV-MAH<br><br>Class Action<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT:

　　PLEASE TAKE NOTICE that Matthew F. Gately, Esq. of Cohn Lifland Pearlman Herrmann & Knopf LLP hereby enters an appearance on behalf of Plaintiffs, Network Racing Pty Ltd., Nahi Beaini, LRJ Superannuation Fund, and De Stoop Investments Pty Ltd., in the above-captioned matter.

　　　　　　　　　　　　　　　　　COHN LIFLAND PEARLMAN
　　　　　　　　　　　　　　　　　HERRMANN & KNOPF LLP


　　　　　　　　　　　　　　　　　By: ___/s/ Matthew F. Gately___
　　　　　　　　　　　　　　　　　　　　Matthew F. Gately

Dated: May 29, 2024