

Samuel I. Portnoy
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4909 Fax: 973-639-6218
sportnoy@gibbonslaw.com

June 28, 2024

**VIA ECF**
Hon. Jamel K. Semper, U.S.D.J.
United States District Court
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

    Re: *Sterling v. Iris Energy Limited, et al.*, **Case No. 2:22-cv-07273-JKS-MAH**

Dear Judge Semper,

  This firm, along with Davis Polk & Wardwell LLP, represents the Defendants in the above-referenced securities class action. I am writing to submit Davis Polk's attached notice, pursuant to Rules 1.12 of New York's and New Jersey's Rules of Professional Conduct, that Judge Cecchi's former law clerk will join Davis Polk as an associate and that Davis Polk will screen him from its work on this litigation. As Your Honor knows, this matter was previously pending before Judge Cecchi. Davis Polk is informed that Judge Cecchi's former law clerk worked on this matter when it was pending before her.

  If you have any questions or require further information, please do not hesitate to contact me.

              Respectfully submitted,

              *s/ Samuel I. Portnoy*

              Samuel I. Portnoy

cc:  All Counsel of Record (*via ECF*)