**Davis Polk**

Lawrence E. Jacobs
+1 212 450 4680
lawrence.jacobs@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

June 28, 2024

Re: Notification Pursuant to Rules 1.12 of the New York and New Jersey Rules of Professional Conduct:
Sterling v. Iris Energy Limited, et al., Case No. 2:22-cv-07273-JKS-MAH

The Hon. Jamel K. Semper
United States District Court
District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
Newark, New Jersey 07101

Dear Judge Semper:

I write to provide notice pursuant to Rules 1.12 of both the New York and New Jersey Rules of Professional Conduct that we will screen Kevin Sette, a former law clerk to the Hon. Claire C. Cecchi, from any participation in our work on behalf of the defendants in Sterling v. Iris Energy Limited, et al., Case No. 2:22-cv-07273-JKS-MAH (the "Screened Matter"). The Screened Matter is currently pending before Your Honor. It was, however, pending before Judge Cecchi for four months during Mr. Sette's clerkship.

Mr. Sette was a law clerk in Judge Cecchi's chambers from January 2023 to May 2024. The Screened Matter was pending before Judge Cecchi from September 19, 2023, to January 25, 2024. We are informed that Mr. Sette worked on the Screened Matter for Judge Cecchi.

Mr. Sette will join Davis Polk as an associate on July 1, 2024, and we will screen him from our work on the Screened Matter.

We have established screening procedures to assure that there is no flow of information between Mr. Sette and the Davis Polk team working on the Screened Matter. All firm attorneys and legal assistants working on the Screened Matter will be instructed in writing that no person working on the Screened Matter should discuss or share with Mr. Sette any information relating to his or her work on the Screened Matter and that they must not seek any information from Mr. Sette. Similarly, Mr. Sette will be instructed in writing that he is not to share any information he may have about the Screened Matter with anyone at Davis Polk. The instructions will make clear that these restrictions apply to all forms of information sharing, including but not limited to, oral discussions, writings, and emails. We will also restrict the files relating to the Screened Matter so that Mr. Sette will not be able to access them. We will send regular reminders of the establishment of this screen to all personnel working on the Screened Matter and to Mr. Sette.

The written screen notification will provide that violations of our screening procedures may result in sanctions.

As an associate, Mr. Sette will be paid a fixed salary, and will not be apportioned any of the fees from the Screened Matter. The determination of any associate bonus amount also will not be related in any way to fees from the Screened Matter.

#52961122v1

**Davis Polk**  The Hon. Jamel K. Semper

If you have any questions or require further information, please do not hesitate to contact me.

Respectfully submitted,

*/s/ Lawrence E. Jacobs*

Lawrence E. Jacobs

cc:   All counsel of Record (via ECF)

**Electronic Filing**