<u>NOT FOR PUBLICATION</u>

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SCOTT STERLING, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br>v.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, MICHAEL ALFRED, J.P. MORGAN SECURITIES LLC, CANACCORD GENUITY LLC, CITIGROUP GLOBAL MARKETS INC., CANTOR FITZGERALD & CO., GALAXY DIGITAL PARTNERS LLC, COMPASS POINT RESEARCH & TRADING, LLC, and MACQUARIE CAPITAL (USA) INC.,<br><br>       Defendants. | Civil Action No. 22-07273<br><br>**ORDER**<br><br>September 27, 2024 |

**SEMPER**, District Judge.

**THIS MATTER** comes before the Court upon Defendants Iris Energy Limited, Michael Alfred, David Bartholomew, Christopher Guzowski, Daniel Roberts, William Roberts, J.P. Morgan Securities LLC, Canaccord Genuity LLC, Citigroup Global Markets Inc., Macquarie Capital (USA) Inc., Cantor Fitzgerald & Co., Compass Point Research & Trading, LLC, and Galaxy Digital Partners LLC's (collectively "Defendants") motion to dismiss Plaintiffs' First Amended Complaint (ECF 38, "FAC") pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF 47.) Plaintiffs filed a brief in opposition. (ECF 56, "Opp.") Defendants filed a reply. (ECF 63, "Reply.") The Court reviewed the Plaintiffs' First Amended Complaint and the parties' submissions and decided the motion without oral argument pursuant to Federal Rule of Civil

Procedure 78 and Local Civil Rule 78.1. For the reasons set forth in this Court's September 27, 2024 opinion,

**IT IS** on this 27th day of September 2024,

**ORDERED** that Defendants' motion to dismiss (ECF 47) is **GRANTED**; and it is further

**ORDERED** that Plaintiffs shall have 45 days to file an amended complaint.

**SO ORDERED.**

/s/ Jamel K. Semper
**HON. JAMEL K. SEMPER**
**United States District Judge**

Orig:   Clerk
cc:     Michael A. Hammer, U.S.M.J.
        Parties

2