# CERTIFICATION OF LEAD PLAINTIFF PURSUANT TO THE FEDERAL SECURITIES LAWS

I, De Stoop Investments Pty Ltd., declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. I have reviewed the complaint on file with my counsel.

2. I did not purchase or sell the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action or any other litigation under the federal securities laws.

3. I am willing to serve as a representative party on behalf of the class, including testifying at deposition or trial, if necessary.

4. De Stoop Investments Pty Ltd has previously submitted its transactions during the Class Period in the securities of Iris Energy Ltd. in connection with its Motion for Appointment of Lead Plaintiff.

5. I will not accept any payment for serving as a representative party beyond my pro-rata share of any recovery, except reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to law.

6. Other than the present action, De Stoop Investments Pty Ltd has not sought to serve or served as a representative party for a class in an action under the federal securities laws within the past three years.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __11/12/2024 | 12:29 PM PST__.

*Mr. Joel De Stoop*
_____
De Stoop Investments Pty Ltd, by:
JDS Investment Trust, Trustee

By: Joel De Stoop, Trustee