COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Peter S. Pearlman
Matthew F. Gately
Park 80 Plaza West-One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
Telephone: (201) 845-9600
Facsimile:  (201) 845-9423

*Counsel for Lead Plaintiffs and Liaison Counsel*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT STERLING, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, MICHAEL ALFRED, J.P. MORGAN SECURITIES LLC, CANACCORD GENUITY LLC, CITIGROUP GLOBAL MARKETS INC., CANTOR FITZGERALD & CO., GALAXY DIGITAL PARTNERS LLC, COMPASS POINT RESEARCH & TRADING, LLC, and MACQUARIE CAPITAL (USA) INC., <br><br> Defendants. | Case No. 1:22-cv-7273 (JKS-MAH) <br><br> Class Action |

1

## NOTICE OF WITHDRAWAL OF APPEARANCE

## OF PETER S. PEARLMAN

**PLEASE TAKE NOTICE** that the appearance of Peter S. Pearlman is hereby withdrawn as counsel of record for Plaintiffs, Network Racing Pty Ltd., Nahi Beaini, LRJ Superannuation Fund, and De Stoop Investments Pty Ltd., individually and on behalf of others similarly situated, in the above-captioned action. Plaintiffs will continue to be represented by other counsel from Cohn Lifland Pearlman Herrmann & Knopf LLP and all other counsel of record.

Dated: December 31, 2024

Respectfully submitted:

/s/ *Peter S. Pearlman*
Peter S. Pearlman
COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
psp@njlawfirm.com