

Samuel I. Portnoy
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4909 Fax: 973-639-6218
sportnoy@gibbonslaw.com

January 21, 2025

**VIA ECF**

Hon. Michael A. Hammer, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
Newark, New Jersey 07101

      Re:    *Sterling v. Iris Energy Limited, et al.*, Case No. 2:22-cv-07273-JKS-MAH

Dear Judge Hammer,

    This firm, along with Davis Polk & Wardwell LLP, represents Defendants Iris Energy Limited, Daniel Roberts, William Roberts, David Bartholomew, Christopher Guzowski, and Michael Alfred in the above-referenced matter. On behalf of all parties, enclosed please find a Joint Stipulation and Proposed Order substituting IREN Limited for Iris Energy Limited as a result of a corporate name change, and amending the caption to reflect that substitution and to reflect the names of the appointed Lead Plaintiffs.

    If the stipulated order is acceptable, we ask that the Court enter it on the docket. We thank the Court for its assistance with this matter. If you have any questions or require further information, please do not hesitate to contact me.

                                                          Respectfully submitted,

                                                          *s/ Samuel I. Portnoy*

                                                          Samuel I. Portnoy

cc:    All Counsel of Record (*via ECF*)