UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT STERLING, Individually and on Behalf of All Others Similarly Situated,<br><br>                            Plaintiff,<br><br>v.<br><br>IRIS ENERGY LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, MICHAEL ALFRED, J.P. MORGAN SECURITIES LLC, CANACCORD GENUITY LLC, CITIGROUP GLOBAL MARKETS INC., CANTOR FITZGERALD & CO., GALAXY DIGITAL PARTNERS LLC, COMPASS POINT RESEARCH & TRADING, LLC, and MACQUARIE CAPITAL (USA) INC.,<br><br>                            Defendants. | Case No. 2:22-cv-07273-JKS-MAH<br><br>*Document Filed Electronically*<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE AMENDED CAPTION AND DEFENDANT NAME CHANGE** |

WHEREAS, on December 14, 2022, Scott Sterling, individually and on behalf of all others similarly situated, filed a class action complaint against defendants that included Iris Energy Limited. (ECF No. 1.)

WHEREAS, by Order dated March 27, 2023, Network Racing Pty Ltd., Nahi Beaini, LRJ Superannuation Fund, and De Stoop Investments Pty Ltd. were appointed Lead Plaintiffs ("Lead Plaintiffs"). (ECF No. 34.)

WHEREAS, on June 2, 2023, Lead Plaintiffs filed a First Amended Complaint (ECF No. 38.)

WHEREAS, by Order dated September 27, 2024, the Court dismissed Lead Plaintiffs' First Amended Complaint with leave to amend. (ECF No. 73.)

WHEREAS, on November 12, 2024, Lead Plaintiffs filed a Second Amended Complaint. (ECF No. 74.)

WHEREAS, effective November 28, 2024, defendant Iris Energy Limited changed its name to IREN Limited.

WHEREAS, the parties have met and conferred and seek to modify the case caption and file information to reflect Lead Plaintiffs' appointment and defendant Iris Energy Limited's name change.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the Parties, as follows:

1. The caption for the case shall be modified to the following:

| | |
|---|---|
| NETWORK RACING PTY LTD., NAHI BEAINI, LRJ SUPERANNUATION FUND, AND DE STOOP INVESTMENTS PTY LTD., Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>v.<br><br>IREN LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, MICHAEL ALFRED, J.P. MORGAN SECURITIES LLC, CANACCORD GENUITY LLC, CITIGROUP GLOBAL MARKETS INC., CANTOR FITZGERALD & CO., GALAXY DIGITAL PARTNERS LLC, COMPASS POINT RESEARCH & TRADING, LLC, and MACQUARIE CAPITAL (USA) INC.,<br><br>      Defendants. | Case No. 2:22-cv-07273-JKS-MAH |

2. The case file information shall be modified to reflect Defendant Iris Energy Limited's new name, IREN Limited.

2

Respectfully submitted this 21st day of January 2025, by:

| | |
|---|---|
| **COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP** | **GIBBONS P.C.** |
| *s/ Matthew F. Gately* | *s/ Samuel I. Portnoy* |
| Matthew F. Gately | Samuel I. Portnoy, Esq. |
| Park 80 Plaza West-One | One Gateway Center |
| 250 Pehle Avenue, Suite 401 | Newark, New Jersey 07102-5310 |
| Saddle Brook, New Jersey 07663 | (973) 596-4879 |
| Telephone: (201) 845-9600 | sportnoy@gibbonslaw.com |
| Facsimile: (201) 845-9423 | |
| mfg@njlawfirm.com | **DAVIS POLK & WARDWELL LLP** |
| **BOTTINI & BOTTINI, INC.** | Edmund Polubinski III, Esq. |
| | Mari Grace Byrne, Esq. |
| Francis A. Bottini, Jr. | Charlotte M. Savino, Esq. |
| Albert Y. Chang | 450 Lexington Avenue |
| 7817 Ivanhoe Avenue, Suite 102 | New York, NY 10017 |
| La Jolla, California 92037 | Telephone: (212) 450-4000 |
| Telephone: (858) 914-2001 | Facsimile: (212) 701-5835 |
| Facsimile: (858) 914-2002 | edmund.polubinski@davispolk.com |
| fbottini@bottinilaw.com | mari.byrne@davispolk.com |
| achang@bottinilaw.com | |
| | *Attorneys for Defendants IREN Limited, Daniel Roberts, William Roberts, David Bartholomew, Christopher Guzowski, and Michael Alfred* |
| *Attorneys for Plaintiffs* | |
| | **SKADDED, ARPS, SLATE MEAGHER & FLOM LLP** |
| | *s/ Scott D. Musoff* |
| | Scott D. Musoff |
| | William J. O'Brien |
| | One Manhattan West |
| | New York, NY 10001 |
| | (212) 735-7300 |
| | scott.musoff@skadden.com |
| | william.obrien@skadden.com |

3

*Attorneys for J.P. Morgan Securities LLC, Cannacord Genuity LLC, Citigroup Global Markets Inc., Macquarie Capital (USA) Inc., Cantor Fitzgerald & Co., Compass Point Research & Trading, LLC, and Galaxy Digital Partners LLC*

It is **SO ORDERED**.

SO ORDERED

s/Michael A. Hammer
Michael A. Hammer, U.S.M.J.

Dated: ___January 22___, 2025    _____
Hon. Michael A. Hammer
United States Magistrate Judge

4