UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NETWORK RACING PTY LTD., NAHI BEAINI, LRJ SUPERANNUATION FUND, AND DE STOOP INVESTMENTS PTY LTD., individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br>IREN LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, MICHAEL ALFRED, J.P. MORGAN SECURITIES LLC, CANACCORD GENUITY LLC, CITIGROUP GLOBAL MARKETS INC., CANTOR FITZGERALD & CO., GALAXY DIGITAL PARTNERS LLC, COMPASS POINT RESEARCH & TRADING, LLC, and MACQUARIE CAPITAL (USA) INC.,<br>　　　　　　　　　　Defendants. | No. 2:22-cv-7273-ES-MAH<br><br>*Document Filed Electronically*<br><br>[PROPOSED] ORDER GRANTING THE ADMISSION PRO HAC VICE OF VINCENT BARREDO AND PAULINA PERLIN |

**THIS MATTER** having been brought before the Court by Defendants IREN Limited, Daniel Roberts, William Roberts, David Bartholomew, Christopher Guzowski, and Michael Alfred ("IREN Defendants"), by and through their attorneys, FBT Gibbons LLP, seeking the entry of an Order admitting Vincent Barredo, Esq. and Paulina Perlin, Esq. of Davis Polk & Wardwell LLP as counsel *pro hac vice* pursuant to Local Civil Rule 101.1(c); and the Court having considered the Declarations of Samuel I. Portnoy, Esq., Vincent Barredo, Esq., and Paulina Perlin, Esq.; and Plaintiffs having consented to this application; and for other good cause shown;

**IT IS** on this 4th day of February, 2026 **ORDERED**:

1. That Vincent Barredo, Esq. and Paulina Perlin, Esq. of the firm Davis Polk & Wardwell LLP are hereby granted admission *pro hac vice* for the purpose of appearing in this matter pursuant to Local Civil Rule 101.1(c); and

2. That Vincent Barredo, Esq. and Paulina Perlin, Esq. are hereby required to abide by the Local Civil Rules of the District of New Jersey; and

3. That Vincent Barredo, Esq. and Paulina Perlin, Esq. shall notify the Court immediately of any matter affecting their standing at the bar of any other court; and

4. That all pleadings, briefs and other papers filed with the Court shall be signed by an attorney at law employed by the law firm of FBT Gibbons LLP, said attorney being authorized to practice in the United States District Court for the District of New Jersey, who shall be held responsible for them and for the conduct of the matter and of Vincent Barredo, Esq. and Paulina Perlin, Esq.; and

5. That pursuant to Local Civil Rule 101.1(c)(2), a copy of this Order shall be forwarded to the Treasurer of the New Jersey Lawyers' Fund for Client Protection. Vincent Barredo, Esq. and Paulina Perlin, Esq. shall make payment, or cause payment to be made, to the New Jersey Lawyers' Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a) within 30 days of the entry of this order for this calendar year (if such payment for this year has not already been made) and shall continue to make payment, or cause payment to be made, for each calendar year in which he/she continues to represent any Defendant before this Court; and

6. That pursuant to Local Civil Rule 101.1(c)(3), Vincent Barredo, Esq. and Paulina Perlin, Esq. shall make payment of $250.00 each, or cause payment of $250.00 each to be made, to the Clerk of the United States District Court for the District of New Jersey.

**SO ORDERED**

_s/Michael A. Hammer_
Michael A. Hammer, U.S.M.J.
Date: February 4, 2026

Hon. Michael A. Hammer, U.S.M.J.