Not for Publication

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NETWORK RACING PTY. LTD.**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**IREN LIMITED**, *et al.*,<br><br>Defendants. | Civil Action No. 22-7273 (ES) (MAH)<br><br>**ORDER** |

**SALAS, DISTRICT JUDGE**

Before the Court is Defendants' motion to dismiss Plaintiffs' second amended complaint. (D.E. No. 83). Having carefully considered the parties' submissions, and having held oral argument on February 4, 2026, and for the reasons set forth during oral argument and in the Court's oral opinion on record dated February 18, 2026, (D.E. Nos. 107, 108, & 109),

**IT IS** on this 18th day of February 2026,

**ORDERED** that Defendants' motion to dismiss Plaintiffs' second amended complaint is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' second amended complaint is **DISMISSED** *with prejudice*; and it is further

**ORDERED** that the Clerk of Court shall **CLOSE** the case.

                                                  *s/Esther Salas*
                                                  **Esther Salas, U.S.D.J.**